

FILED

FEB 1 4 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

Plaintiff's Name MICHANND MEADOWS
Inmate No. W 5 2 5 0 4
Address P.O. BOX 1508 D51618-21
CHOW CHILLA, CA. 93610

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHANN D. MEADOWS
(Name of Plaintiff)

1: 1 1 CV 0 0 2 5 7 GBC PC

(Case Number)

vs.

COMPLAINT

DR. REEVES (GYN)
CENTRAL CALIFORNIA
WOMENS FACILITY MEDICAL
DEPARTMENT AND CMO
DR. HEYNE, DR. O. OKEREKE

Civil Rights Act, 42 U.S.C. § 1983

(Names of all Defendants)

I. **Previous Lawsuits (list all other previous or pending lawsuits on back of this form):**

A.    Have you brought any other lawsuits while a prisoner? Yes ___ No ✓

B.    If your answer to A is yes, how many? N/A
       Describe previous or pending lawsuits in the space below.
       (If more than one, use back of paper to continue outlining all lawsuits.)

       1. Parties to previous lawsuit:

       Plaintiff _____

       Defendants _____

       _____

       2. Court (if Federal Court, give name of District; if State Court, give name of County)

       _____

       3. Docket Number _____ _____        4. Assigned Judge _____

       5. Disposition  (For example: Was the case dismissed? Was it appealed? Is it still pending?)

       _____

       6. Filing date (approx.) ___ _____        7. Disposition date (approx.) _____

**II.    Exhaustion of Administrative Remedies**

      A.     Is there an inmate appeal or administrative remedy process available at your institution?

          Yes✓   No___

      B.     Have you filed an appeal or grievance concerning **ALL** of the facts contained in this complaint?

          Yes✓  No___

          If your answer is no, explain why not_____

      C.     Is the process completed?

          Yes✓          If your answer is yes, briefly explain what happened at each level.

THE 2ᴰ LEVEL WAS PARTIALLY GRANTED, I WASN'T SATISFIED. SO I SENT IT
TO THE 3ᴿᴰ LEVEL AND THE CHIEF J. WALKER ISSUED A MODIFICATION
ORDER BECAUSE THE CMO FLAGRANTLY FABRICATED THE REPORT AND THE DIRECTOR'S
LEVEL FOUND IT TO BE INCOMPLETE, SO THEY PARTIALLY GRANTED IT BUT COULD NOT GIVE ME
MONETARY COMPENSATION.   If your answer is no, explain why not.

          No_____

**NOTICE:**     Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a). If there is an inmate appeal or administrative remedy process available at your institution, you may not file an action under Section 1983, or any other federal law, until you have first completed (exhausted) the process available at your institution. You are required to complete (exhaust) the inmate appeal or administrative remedy process before filing suit, regardless of the relief offered by the process. Booth v. Churner, 532 U.S. 731, 741 (2001); McKinney v. Carey, 311 F.3d 1198, 1999 (9th Cir. 2002). **Even if you are seeking only money damages and the inmate appeal or administrative remedy process does not provide money, you must exhaust the process before filing suit.** Booth, 532 U.S. at 734.

**III. Defendants**

     (In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

      A.     Defendant **DOCTOR REEVES** _____ is employed as **GYNECOLOGIST**
                                    at **CENTRAL CALIFORNIA WOMENS FACILITY**

B.   Additional defendants DR. O. OREVEVES
M.D. HEYNE C.MO AT CENTRAL CALIFORNIA
WOMEN'S FACILITY

IV.   **Statement of Claim**

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

GYN DR. REEVES VIOLATED ME FOR THE 3RD TIME WITH AN INAPPROPRIATE PELVIC EXAMINATION. DR. REEVES MADE ME FEEL LIKE I WAS BEING FINGER BANGED BY HIM JIGGLING HIS FINGERS INSIDE MY VAGINA. I YELLED, "STOP JIGGLING YOUR FINGERS INSIDE ME AND LVN MOORE HEARD ME BECAUSE SHE WAS STANDING OVER ME. DR. REEVES THEN GAVE ME AN EXCUSE FOR HIS BEHAVIOR THEN STARTED PUSHING HIS FINGERS HARDER IN AND OUT SLOWLY OF MY VAGINA. I WAS CRYING AND STARTED BLEEDING AND I SHOWED LVN MOORE. THE BLOOD AND SHE CONSIDERED ME, BARE HE A PAD THEN SECRETELY ADVISED ME TO WRITE IT ON AN APPEAL. MY APPEAL WAS THEN BOUNCED AROUND UNTIL LOST AND THE ASSOCIATE WARDEN SIMON INTERVIEWED ME CONCERNING THE APPEAL THEN IT WAS PROCESSED, HOWEVER CDC VIOLATED THEIR CCR BY NOT REPLYING IN THE 60day TIME LIMIT THEREFORE I SHOULD BE GRANTED EVERYTHING.
➤SEE ATTACHED➤

V.   **Relief.**

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I'M REQUESTING THE COURT TO ORDER CCWF TO PAY ME MONETARY COMPENSATION FOR MENTAL ANGUISH, PAIN AND EMBARRASSMENT. I WOULD LIKE TO BE AFFORDED PROPER MEDICAL CARE BY A FEMALE GYNECOLOGIST FOR MY MEDICAL CONDITION AT COMMUNITY REGIONAL MEDICAL CENTER AND THE ORDER TO INCLUDE DR. VICTOR YANEZ AT MADERA HOSPITAL, IN REQUESTING THAT DR. REEVES BE HANDLED ACCORDINGLY FOR IN FACT CAUSING HARM TO THIS WRITER AND FOR HEALTH CARE SERVICES TO BE AWARE THAT DR. REEVES HAS VIOLATED PLENTY OF GIRLS HERE AT CCWF THEY ARE SCARED TO SPEAK UP. GIVE CCWFA WORKER GYN. I ALSO REQUEST THE COURT TO ORDER THAT I BE GIVEN A FULL PHYSICAL EXAMINATION WITH A BODY CT DUE TO MY HEALTH ISSUES AND ANY MEDICAL PROCEEDURES DONE THAT THE OFF-SITE DOCTOR VICTOR YANEZ AT MADERA DEEMS NEEDED.

I declare under penalty of perjury that the foregoing is true and correct.

Date 11/8/10
RESUBMITTED: 2/10/11
(revised 2/10/2006)

Signature of Plaintiff Michana Meadows
Michart Meadows

3

STATE OF CALIFORNIA
PRISON HEALTH CARE SERVICES

J. Clark Kelso, Receiver



Date:    October 19, 2010

To:    Michann Meadows, W52504
       Central California Women's Facility
       P.O. Box 1501
       Chowchilla, CA 93610-1501

From:  California Prison Health Care Services
       Office of Third Level Appeals – Health Care
       P.O. Box 4038
       Sacramento, CA 95812-4038

OTLA Case No.: CCWF SC 10000001        Institution Log No.: CCWF-12-09-13609

This appeal was reviewed on behalf of the Director, California Department of Corrections and Rehabilitation (CDCR), by licensed clinical staff under the supervision of the Health Program Manager III. All submitted information has been considered.

## I.    **DIRECTOR'S LEVEL DECISION:** Appeal is partially granted

## II.    **ISSUE:**

Your CDCR 602-HC indicated on July 22, 2009, you were violated by Dr. Reeves during a pelvic examination; Dr. Reeves jiggled his fingers inside your vagina – you "voiced" his inappropriate behavior loud enough for LVN Moore to hear; Dr. Reeves responded by pushing harder with the excuse of "I have to get around your uterus due to it sitting right in the middle"; after Dr. Reeves was done, you cried – LVN Moore was present and handed you a tissue; you wiped yourself and noted blood [from the vaginal area] and showed LVN Moore.

You requested compensation related to Dr. Reeves' actions; pain medication; to never be examined by a male gynecologist while in prison; no reprisal; appeal reply in 10 days.

## III.    **PRIOR APPEAL HISTORY:**

A. Informal and First Levels: The informal and first levels of appeal were bypassed and the appeal was elevated to the second level of review.

B. Second Level: The Second Level Response (SLR) stated your appeal was partially granted as follows:
   - The appeal was referred to the Office of Internal Affairs (OIA) and an investigation was conducted.
   - You were interviewed on June 17, 2010.
   - The inquiry was complete; staff did not violate CDCR policy.

## IV.    BASIS FOR DIRECTOR'S LEVEL DECISION:

At the Director's Level of Review (DLR), submitted on June 22, 2010, you stated your dissatisfaction with the SLR.

The Department takes your complaint against any personnel seriously and all efforts are made to ensure these matters are thoroughly researched and responded to accordingly. However, it is not in the purview of the inmates to request specific action taken in regards to the conduct of the inquiry or in regards to disciplinary action against personnel. Title 15 and the CDCR Operations Manual specify the requirements necessary to conduct a staff complaint inquiry. Any action taken by the Department is confidential. As such, no matters related to personnel shall be shared with inmates or the public. Further, it is not in the purview of inmates to request specific staff assignment.

Monetary Compensation is beyond the scope of the appeals process. If you are dissatisfied with this response concerning your request for monetary compensation, you may wish to contact the California Victims Compensation and Government Claims Unit, P.O. Box 3035, Sacramento, CA 94812-3035.

The California Code of Regulations (CCR), Title 15, Section 3084.1 (d) states, "No reprisal shall be taken against an inmate or parolee for filing an appeal." This does not prohibit appeal restrictions against an inmate or parolee abusing the appeals process as defined in Section 3084.4.

The Department endeavors to provide inmates with timely appeal responses consistent with Title 15 requirements; however, it appears the institution response to your appeal was delayed.

Your appeal was deemed a staff complaint by the institutional hiring authority; therefore, your medical request for pain medication was not adjudicated with this appeal. The Director's Level Examiner contacted the Central California Women's Facility (CCWF) Health Care Appeals Coordinator and reviewed the institution's supportive documents and all appeal documents submitted at the Director's Level. The Director's Level Examiner found the institution's investigation was incomplete. Therefore, a Modification Order is issued as stated below.

## V.    RULES AND REGULATIONS: The rules governing these issues are: California Code of Regulations, Title 15; Inmate Medical Services Program Policies and Procedures; Department Operations Manual

## VI.    ORDER: The Health Care Chief Executive Officer at CCWF shall provide either the evidence of a completed investigation supporting the conclusion of the staff complaint response of no violation of CDCR policy; or will re-conduct the staff complaint investigation according to current department policy and procedures.

This decision exhausts your available administrative remedy within the CDCR.

J. WALKER, Chief
California Prison Health Care Services

M. Meadows, W52504
CCWF SC 10000001
Page 3 of 3

Office of Third Level Appeals-Health Care

cc:    Health Care Chief Executive Officer, CCWF
       Health Care Appeals Coordinator, CCWF

AL

STAFF COMPLAINT

INMATE/PAROLEE
APPEAL FORM   TREAT AS ORIGINAL
CDC 602 (12/87)

Location: Institution/Parole Region   CCWF   Log No. 12·09·13509   Category

2. _____   2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| RACHENN D. METADOWS | WSD524 | | 2513-5-4Con |

A. Describe Problem: ON 7-20-09 I HAD A DUCAT FOR GYN REEVES AT 805 DR. REEVES VIOLATED ME BY JIGGLING HIS FINGERS INSIDE MY VAGINA WHILE GIVING ME A PELVIC EXAMINATION, I VOICED HIS INAPPROPRIATE BEHAVIOR. (LVN) ENOUGH FOR LVN MOORE TO HEAR AND WHEN I DID DR. REEVES STARTED TO PUSH HARDER INSIDE ME AND HIS EXCUSE WAS "I HAVE TO GET AROUND YOUR UTERUS DUE TO IT SITTING RIGHT IN THE MIDDLE." AFTER HE EXITED MY WOMB, I CAVED BACK AROUND. LVN MOORE GAVE ME TISSUE AND TOLD ME TO TAKE MY TIME, WHEN I WIPED MYSELF, I WAS BLEEDING AND I SHOWED LVN MOORE THAT HE MADE ME BLEED WHEN I WASN'T BLEEDING PRIOR TO THE EXAM. LVN PRINCE GAVE ME A PAD AND I. LEFT.

If you need more space, attach one additional sheet.

B. Action Requested: IN REQUESTING COMPENSATION FOR DR. REEVES SEXUAL MISCONDUCT AND AND SUFFERING, IM REQUESTING MY PAIN MEDICATION BACK AND IM REQUESTING TO NEVER BE EXAMINE BY A MALE GYN AS LONG AS IM A LIFER HERE AND PER CCR IM REQUESTING NO REPRISALS AND A REPLY IN 10 WORKING DAYS OR 10 DAYS.

Inmate/Parolee Signature: _____   Date Submitted: 7/23/09

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

BYPASS

Staff Signature: _____   Date Returned to Inmate: _____

INMATE APPEALS BRANCH

RECEIVED
JUN 25 2010

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

BYPASS

Signature: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E. Inmate Claim

RECEIVED
OTLA-HC
JUL 30 2010
HC APPEALS

RECEIVED
JUL 28 2009
HC APPEALS

Date Submitted: _____   CDC Appeal Number: _____

0926599

W52504

First Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____    Due Date: _____

Interviewed by: _____

BYPASS

Staff Signature: _____    Title: _____    Date Completed: _____

Division Head Approved:

Signature: _____    Title: _____    Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

BYPASS

Signature: _____    Date Submitted: _____

Second Level    ☐ Granted    ☒ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____    Due Date: _____

☒ See Attached Letter

Signature: _____    Date Completed: 6-1-10

Warden/Superintendent Signature: _____    Date Returned to Inmate: 6/18/10

H: If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response:

I'M NOT SATISFIED BECAUSE MY DUE PROCESS HAS BEEN VIOLATED AND THE LENGTH OF TIME IT HAS TAKEN FOR THIS PLACE TO DECIDE WHICH APPEAL FORM THIS COMPLAINT WOULD BE ON; ALSO IM UPSET BECAUSE DR. HEYNE FLAGRANTLY FABRICATED STATEMENTS THAT AREN'T TRUE. Stop HEART STOP PERIOD !, I HAVE NOT BEEN COMPENSATED, I HAVE BEEN TREATED HARSHLY AND THIS APPEAL HAS VIOLATED THE ALLOTED TIME LIMITS PER CCR_____ AR 3084.6 (4) AND ALL MY MEDICATIONS RENEWED IN JULY AND COMPENSATION FOR PAIN AND SUFFERING AND _____ MEDICAL FOR AN EXAM

Signature: _____    Date Submitted: 6/22/10

8/6/10-90-New issue

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:    ☐ Granted    ☒ P. Granted    ☐ Denied    ☐ Other _____
☒ See Attached Letter

Date: 10-25-10 SA

CDC 602 (12/87)

State of California                                                                          ATTACHMENT E-3

# Memorandum

Date    :    June 17, 2010

To      :    Meadows, Michann, W52504
             513-03-4L

Subject:    **STAFF COMPLAINT RESPONSE - APPEAL # CCWF-12-09-13609**

APPEAL ISSUE:

You claim that on July 20, 2009, you had a ducat for Dr. Reeves at Building 805. You feel that Dr. Reeves violated you by jiggling his fingers inside your vagina while he was giving you a pelvic examination. You voiced his inappropriate behavior loud enough for LVN Moore to hear and when you did Dr. Reeves started to push harder inside you and his excuse was "I have to get around your uterus due to it sitting right in the middle". After he exited your womb, you laid back crying. LVN Moore gave you tissue and told you to take your time. When you wiped yourself, you were bleeding and you showed LVN Moore that he made you bleed when you weren't bleeding prior to the exam. LVN Moore gave you a pad and you left.

**DETERMINATION OF ISSUE**: A review of the allegations of staff misconduct presented in the written complaint has been completed. Based upon this review your appeal has been handled as follows:

☐ PROCESSED AS A STAFF COMPLAINT APPEAL INQUIRY
☒ REFERRED TO THE OFFICE OF INTERNAL AFFAIRS (OIA)

**SUMMARY FOR APPEAL INQUIRY:**

You were interviewed Thursday, June 17, 2010 by Dr. Heyne, Chief Medical Officer (CMO). You alleged that during a pelvic examination by the Gynecologist Dr. Reeves, sexual misconduct and inappropriate behavior occurred. You reiterated your statements that were submitted in writing on the Appeal Form, dated July 23, 2009. You alleged that Dr. Reeves during the exam "jiggled" his fingers inside of you. You ask him not to jiggle his fingers. You claimed he continued the exam and jiggle his fingers again. You also claimed that the exam was "hard" and that she bled after the exam. You stated that after the exam you cried. Of note, you never stated that you asked Dr. Reeves to stop the exam. You never stated that he used inappropriate language or gestures. You had no additional information to add.

**CHOOSE ONE:**

☐ A Confidential Inquiry will be conducted. The following witness(es) were questioned: none. The following information was reviewed as a result of your allegations of staff misconduct: the Unit Health Record (UHR), the statements of the staff and inmate were reviewed.

☒ This matter has been referred to the Office of Internal Affairs for follow-up and a possible investigation. If investigated, upon completion of that investigation you will be notified as to whether the allegations were SUSTAINED, NOT SUSTAINED, UNFOUNDED, EXONERATED or that NO FINDING was possible. In the event that the matter is not investigated, but returned by OIA to the institution or region to conduct a Confidential Inquiry, you will be notified upon the completion of that inquiry as to whether it was determined that staff violated, or did not violate policy.

**FINDINGS FOR AN APPEAL INQUIRY:**

Your appeal is PARTIALLY GRANTED at the ☐ First level ☒ Second level:

☐ An inquiry into your allegation has been conducted.

☒ An investigation is being conducted by the Office of Internal Affairs



RECEIVED
OTLA-HC
JUL 3 0 2010
HC APPEALS

ALL STAFF PERSONNEL MATTERS ARE CONFIDENTIAL IN NATURE. As such, the details of any inquiry will not be shared with staff, members of the public, or inmates. Although you have the right to submit a staff complaint, a request for administrative action regarding staff or the placement of documentation in a staff member's personnel file is beyond the scope of the staff complaint process. However, you have the right to be notified if after a review of your allegations, it is determined that staff violated CDCR policy.  In this case:

☐ The inquiry is not yet complete

☒ The inquiry is complete.  Staff did not violate CDCR policy.

Allegations of staff misconduct do not limit or restrict the availability of further relief via the inmate appeals process. If you wish to appeal the decision, you must submit your staff complaint appeal through all levels of appeal review up to, and including, the Director's Level of Review. Once a decision has been rendered at the Director's Level of Review, your administrative remedies will be considered exhausted.

Please print and sign below:

_____  /  _TimR NEAR_  _6/18/10_

Warden/CDW/HCM (Second Level) AW/Med. Mgr. (First Level) Date
(Chief Executive Officer)

RECEIVED
OTLA-HC
JUL 30 2010
HC APPEALS

STATE OF CALIFORNIA                                             J. Clark Kelso, Receiver

PRISON HEALTH CARE SERVICES



**Date:**    8/6/2010

**To:**    MEADOWS, MICHANN (W52504)
          Central California Women's Facility
          P. O. Box 1501
          Chowchilla, CA 93610

**Tracking/Log #:**    CCWF SC 10000001          **IAO Log #:**    CCWF-12-09-13609

The California Prison Health Care Services, Office of Third Level Appeals-Health Care (OTLA-HC), acts for the Director, California Department of Corrections and Rehabilitation (CDCR), at the third level of appeal. The OTLA-HC examines and responds to patient-inmate appeals that are submitted on an Inmate/Parolee Health Care Appeal Form (CDCR 602-HC) or Inmate/Parolee Appeal Form (CDC 602) after the institution has responded at the Second Level of Appeal.

Institution staff is available to assist you in obtaining additional copies of forms and documents required to submit an appeal. The inmate library offers resources and assistance to obtain general information regarding regulations, procedures, policies, and government agency addresses. Additionally, your assigned Counselor, Appeals Coordinator and Health Care Appeals Coordinator can answer any questions you my have regarding the appeal system to address your grievances.

The OTLA-HC has received an appeal from you and has determined that it does not comply with appeal procedures established in the California Code of Regulations (CCR) Title 15, Article 8, and is being screened-out and returned to you pursuant to CCR 3084.3 for the following reason(s):

> You have added a new issue in Section H attachment; if you would like to resubmit your appeal please line out and initial the information/request regarding any new issue(s).
>
> New Issue(s): "to go out to medical for an exam," and "I want a reply in 60 days."

J. Carpenter

J. Walker, Chief
Office of Third Level Appeals-Health Care
California Prison Health Care Services

Note: Please make the changes or corrections requested and resubmit the original appeal within fifteen working days. Once an appeal has been cancelled that appeal may not be resubmitted. However a separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation decision is granted.

***PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE***

DEAR J. WALKER

I RECEIVED MY APPEAL BACK
STATING I ADDED ISSUES; WELL I'VE PUT A
LINE THROUGH the ISSUES YOU CLAIM WAS
NEW AND RESUBMITTED IT ON THIS DATE:
"8/16/10".

J. WALKER WOULD YOU "PLEASE EXPLAIN"
TO ME HOW ME STATING I WANT A REPLY
IN 60 days IS A NEW ISSUE when EACH
LEVEL OF THE 602 HAS DIFFERENT TIME
LIMITATIONS THAT MUST BE MET; Like My
First Level IS 10 Days, 2ND Level IS 30 days
AND YOUR level per YOUR CCR STATES
60 days? ... BUT ON A Few ITS BEEN A
YEAR.

ALSO THIS APPEAL WAS NOT INVESTIGATED
BY OFFICE OF INTERNAL AFFAIRS BECAUSE I
SPOKE WITH THE VERY RUDE CMO ON 6/17/10 AND
HE SIGNED OFF ON the MEMO the 6/18th STATING
STAFF DIDN'T VIOLATE CCR BUT THE TRUTH IS
they (CCWF) SCARED LVN MOORE INTO NOT BEING
ON MY SIDE BUT THE COURTS WILL HEAR ABOUT THIS.
                    — SINCERELY —
                      MICHANN MEM___
                              W52504

EXHIBIT

A

# DMCH
adera Community Hospital

## AUTHORIZATION FOR AND CONSENT TO SURGERY OR SPECIAL DIAGNOSTIC OR THERAPEUTIC PROCEDURES

x: *(Name of Patient)* _Meadows, Michann_

Your attending physician is Dr. _Parvez, Zafar_ _____ and your supervising physician or surgeon is

Dr. _Parvez, Zafar_

The hospital maintains personnel and facilities to assist your physicians and surgeons in their performance of various surgical operations and other special diagnostic or therapeutic procedures. These operations and procedures may all involve risks of unsuccessful results, complications, injury or even death, from both known and unforeseen causes, and no warranty or guarantee is made as to result or cure.

You have the right to be informed of such risks as well as the nature of the operation or procedure, the expected benefits or effects of such operation or procedure, and the available alternative methods of treatment and their risks and benefits. You also have the right to be informed whether your physician has any independent medical research or economic interests related to the performance of the proposed operation or procedure. Except in cases of emergency, operations or procedures are not performed until you have had the opportunity to receive this information and have given your consent to or to refuse any proposed operation or procedure at any time prior to its performance.

Your physicians and surgeons have recommended the following operation or procedure: _Removal of infected abdominal wall mesh Laparoscopic assisted_

Upon your authorization and consent, this operation or procedure, together with any different or further procedures which in the opinion of the supervising physician or surgeon may be indicated due to any emergency, will be performed on you. The operations or procedures will be performed by the supervising physician or surgeon named above (or in the event that the physician is unable to perform or complete the procedure, a qualified substitute supervising physician or surgeon), together with associates and assistants, including anesthesiologist, pathologists and radiologists from the medical staff of **Madera Community Hospital**, to whom the supervising physician or surgeon may assign designated responsibilities. The persons in attendance for the purpose of performing specialized medical services such as anesthesia, radiology, or pathology are not agents, servants, or employees of the hospital or your supervising physician or surgeon. They are independent contractors and therefore are your agents, servants, or employees.

4.  If your physician determines that there is a reasonable possibility that you may need a blood transfusion as a result of the surgery or procedure to which you are consenting, your physician will inform you of this and will provide you with a brochure regarding blood transfusions. This brochure contains information concerning the benefits and risks of the various options for blood transfusions, including predonation by yourself or others. You also have the right to have adequate time before your procedure to arrange for predonation, but you can waive this right if you do not wish to wait. You should understand that transfusions of blood or blood products involve certain risks, including the transmission of disease such as hepatitis or Human Immuno-deficiency Virus (HIV) and that you have a right to consent to any transfusion. You should discuss any questions that you may have about transfusions with your physician.

5.  By your signature below you authorize the pathologist to use his or her discretion in disposition or use of any member, organ, or other tissue removed from your person during the operation or procedure set forth above.

6.  To make sure that you fully understand the operation or procedure, your physician will fully explain the operation or procedure to you before you decide whether or not to give consent. If you have any questions, you are encouraged and expected to ask them.

7.  Your signature on this form indicates that (1) you have read and understand the information provided in this form, (2) the operation or procedure set forth above has been adequately explained to you by your physician, (3) you have had a chance to ask questions, (4) you have received all of the information you desire concerning the operation or procedure, and (5) you authorize and consent to the performance of the operation or procedure.

Signature: X _Michann W. Meadows_ Date _11/10/08_ Time _0824_

If signed by other than patient, indicate relationship: _____ Witness: X _Glutz R_

## CONSENT TO BLOOD TRANSFUSION
*(if applicable)*

Your signature below indicates that (1) you have received a copy of the brochure, *If You Need Blood, A Patient's Guide to Blood Transfusion;* (2) you have received information concerning the risks and benefits of blood transfusion and any alternative therapies; (3) you have had the opportunity to discuss this matter with your physician, including predonation; and (4) subject to any special instructions listed below, you consent to such blood transfusions as your physician may order in connection with the operation or procedure described in this consent form.

Special instructions: (Describe here any specific instructions for patient's blood transfusion, e.g., predonation)

_____

Signature: X _____ Date _____ Witness _____

If signed by other than patient, indicate relationship:

V0201705097   ENG              M0205444
MEADOWS,MICHANN W52504                F
PHYS: Parvez,Zafar M.D.
PCP:
DOB:05/25/1968   40            CCWF
DOS:11/10/08 REG SD            MR5181

NOV-07-2008(FRI) 10:10   ZAFER PARVEZ, M.D.                (FAX)559 439 0300          P.006/015

Jun 25 03 11:17a      MCH Surgery Admitting        (559)675-5849              P.1

# ☐MCH
Madera Community Hospital

11-10-08

PATIENT NAME: MEADOWS MICHANN                DATE OF SURGERY: _____

HISTORY OF PRESENT ILLNESS:                   ALLERGIES: IV. Iodine

_____ with _____ abd wall hernia _____
_____ med _____ oral _____ for 3 weeks,
_____ but has not improved

PAST MEDICAL HISTORY

MEDICATIONS:

PHYSICAL EXAMINATION

VITAL SIGNS: BP_____ P_____ R_____ T_____ WT:_____ HT:_____

HEENT: _____    HEART: _____    LUNGS: _____

ABDOMEN: _____ _____ PELVIC/RECTAL _____

OTHER (Relevant): _____

PRE-OPERATIVE DIAGNOSIS: _____ abd wall _____

SURGICAL PROCEDURE: Remove infected abd wall _____          Laparoscopic
                                                              assisted
PRE-OPERATIVE ORDERS                                          To Dr Parvez
CBC   U.A   Astra 8   Chest X-ray   EKG   HCG   IV   _____   NPO after: _____
Medications: _____ Ancef _____               Other: _____          6/10

INFORMED CONSENT

The patient/parent/guardian has been informed of the risks, complications, alternatives and expected benefits of the procedure.

_____
PHYSICIAN SIGNATURE            DATE

POST-OPERATIVE ORDERS

Resume vital signs and/or: _____

Diet: _____

Ambulatory status: _____

Meds for pain: _____

Meds for nausea: _____

IV instructions: _____

Discharge orders: _____

DISCHARGE INSTRUCTIONS:

Report to physician's office within: _____ days.

FU: _____

Activity: _____

Diet: _____

Wound Care: _____

Other instructions: _____

_____        DATE_____
PHYSICIAN SIGNATURE

SURGICAL SHORT STAY FORM

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
V0201705097   ENG        M0205444
                                    F
MEADOWS,MICHANN W52504

Patient Name: MEADOWS,MICHANN W52504
DOB:                PHYS: Parvez,Zafar M.D.
Admit Date:         FCP:
                    _____     CCWF

| ADMISSION DATE & TIME | PRIMARY LANGUAGE IF NOT ENGLISH | MODE OF TRANSFER | VITAL SIGNS | HEIGHT | INCHES | WEIGHT | LBS | MEASURED |
|---|---|---|---|---|---|---|---|---|
| 7/3/08 | | ☑ AMBULATORY | PULSE 5·0 | | 5'7" | 150.8 | | ☐ STANDING |
| | | ☑ WHEELCHAIR | BLOOD PRESSURE 125/76 | ☐ STATED | | | | ☐ CHAIR |
| 07:00 | ☐ SIGN LANGUAGE | ☐ GURNEY | REPIRATORY 20 | TEMP. 96.3 | ☐ MEASURED | | ☐ STATED | ☐ BED |

**ADMITTING DIAGNOSIS**

cellulitis of peri - umbilical area

**INSTRUCTION OF ROUTINES AND SERVICES TO PATIENT**

| ☑ NURSE CALL SYSTEM | ☑ HOSPITAL RULES & REGULATIONS | ☑ TELEPHONE | ☑ BATHROOM |
|---|---|---|---|
| ☐ BED   ☐ SIDE RAILS | ☑ SMOKING POLICY | ☑ TELEVISION | ☑ PERSONAL PROPERTY |

**REASON FOR ADMISSION** (PRIMARY SIGNS / SYMPTOMS, CHIEF COMPLAINT, HISTORY OF PRESENT ILLNESS, PERCEPTION OF ILLNESS / TREATMENT / GOALS)

cellulitis of peri-umbilical area s/p hernia repair

**PRESENT COMFORT LEVEL**   ☐ NO APPARENT DISTRESS

pain scale of 8.5/10 abd.

**CHRONIC HEALTH PROBLEMS** (INCLUDE HOSPITALIZATIONS)

↑ cholesterol borderline HTN

**SURGERIES**

umbilical hernia repair surgery 8/12/08

**PSYCHO/SOCIAL**

| ☐ ANXIETY | ☐ TERMINAL DIAGNOSIS | ☐ FAMILY PROBLEM | ☐ SUICIDE THREAT | ☐ ANGER | ☐ WITHDRAWN | ☐ HISTORY OF MENTAL ILLNESS |

COMMENTS:

appropriate & cooperative

**ALLERGIES**

☐ NONE   ☑ MEDICATION   IV iodine

**CURRENT MEDICATION (PRESCRIBED / NON-PRESCRIBED)**

| MEDICATION | DOSAGE | FREQUENCY | LAST DOSE | MEDICATION | DOSAGE | FREQUENCY | LAST DOSE |
|---|---|---|---|---|---|---|---|
| See MD profile | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**NUTRITION**

| ☑ DENIES PROBLEM | ☐ POOR APPETITE | ☐ DIFFICULTY CHEWING | ☐ DIFFICULTY SWALLOWING |

DENTURES: ☐ NO   ☐ YES   ☑ PARTIAL

RECENT DIETARY RESTRICTIONS

| PERSONAL HABITS | TYPE / AMOUNT PER DAY | DENIES USE |
|---|---|---|
| ☑ CAFFEINE BEVERAGES | | |
| ☑ ALCOHOL   ☐ DRUGS | occasionally | |
| ☑ TOBACCO | | |

FOOD INTOLERANCE

| INSTITUTION | PHYSICIAN | ROOM NO. | CDC NUMBER, NAME (LAST, FIRST, MI) |
|---|---|---|---|
| CCWF | Ray | 2 | W82504 |

meadows michann

5/25/60

## ADMISSION ASSESSMENT

CONTINUED ON REVERSE

## LEVEL OF CONSCIOUSNESS

- [ ] ALERT
- [ ] CONFUSED
- [ ] HISTORY OF SEIZURES
- [ ] ORIENTED
- [ ] SLOW TO RESPOND / COMPREHEND
- [ ] DISORIENTED
- [ ] LETHARGIC

IF PATIENT USES / IF WITH PATIENT

## SENSORY LIMITATIONS

- [x] NONE NOTED
- [ ] TOUCH
- [ ] TASTE
- [ ] SPEECH
- [ ] SMELL
- [ ] SIGHT
- [ ] HEARING
- [ ] GLASSES
- [ ] CONTACT LENSES
- [ ] HEARING AID
- [ ] RIGHT [ ] LEFT
- [ ] RIGHT [ ] LEFT

## RESPIRATORY

- [x] NORMAL LIMITS (RATE)
- [ ] ACCESSORY MUSCLES
- [ ] DYSPNEA
- [ ] ORTHOPNEA
- [ ] COUGH
- [ ] ABNORMAL BREATH SOUNDS
- [ ] SEASONAL BREATHING DIFFICULTIES
- [ ] OXYGEN
- [ ] NASAL FLARING
- [ ] TRACHEOSTOMY
- [ ] SECRETIONS
- [ ] OTHER

## CARDIOVASCULAR

- [x] REGULAR RHYTHM
- [ ] RATE WITHIN NORMAL LIMITS
- [ ] ABNORMAL HEART SOUNDS
- [ ] ABNORMAL PULSES
- [ ] APICAL / RADIAL / PEDAL
- [ ] PACEMAKER
- [ ] JUGULAR VEIN DISTENTION
- [ ] CALF TENDERNESS
- [ ] OTHER

## ELIMINATION

**BLADDER**
- [x] DENIES PROBLEM
- [ ] NOCTURIA
- [ ] BURNING
- [ ] URGENCY
- [ ] URINARY INCONTINENCE
- [ ] OTHER

URINARY FREQUENCY_____
[ ] CATHETER:
DATE PLACED_____

**BOWEL**
- [x] DENIES PROBLEM
- USUAL BOWEL PATTERN Regular
- LAST BM 9/2/08
- [ ] LAXATIVE USE (LIST UNDER MEDICATION)
- [ ] OTHER AIDS_____
- [ ] OSTOMY - TYPE_____

## FUNCTIONAL STATUS (LEVEL OF SELF CARE)

**MOBILITY LIMITATIONS**  [ ] NO LIMITATIONS
- [x] WALKING
- [ ] TRANSFER
- [ ] TURNING IN BED
- [ ] STAIRS
- [ ] STANDING
- [ ] GENERALIZED WEAKNESS
- [ ] OTHER

**DEVICES TO AID MOBILITY**
IF PATIENT USES / IF WITH PATIENT
- [ ] NONE
- [ ] CANE / CRUTCHES / WALKER
- [ ] ARTIFICIAL LIMBS  [ ] R [ ] L
- [ ] BRACE

**WEAKNESS/PARALYSIS**
- [ ] UPPER EXTREMITY  [ ] R [ ] L
- [x] LOWER EXTREMITY  [x] R [ ] L

**ASSISTANCE REQUIRED**
- [ ] HYGIENE / GROOMING
- [ ] DRESSING
- [ ] MEALS
- [ ] OTHER

## SKIN

- [ ] NORMAL TURGOR, TEMPERATURE & COLOR
- [ ] INTACT, MOIST MUCOUS MEMBRANES
- [ ] EDEMA
- [ ] DRY
- [ ] DIAPHORETIC
- [ ] JAUNDICED
- [ ] SCALY
- [ ] CYANOTIC
- [ ] FLUSHED
- [ ] PALE
- [ ] RASH
- [ ] OTHER



### SKIN ASSESSMENT CODE

- [ ] NO PROBLEM
- B - BRUISES
- D - DECUBITIS
  - GRADE I II III IV (CIRCLE)
- L - LACERATIONS
- S - SCAR
- R - RASH
- A - ABRASIONS
- BU - BURN

SIGNATURE _Cloppy_   RN

INSTITUTION CCWF   PHYSICIAN Romero   ROOM NO. 28

## ADMISSION ASSESSMENT
CONTINUED FROM REVERSE

CDC 7202-A (4/93)

STATE OF CALIFORNIA   DEPARTMENT OF CORRECTIONS

---

*(Handwritten nursing notes, right column:)*

9/2/08 2200 - Pt. admitted from hosp. via w/c c̄ a dx of cellulitis of peri-umbilical area, skin intact, warmth to touch, noted scar to abd over s/p hernia repair c̄o abd/back pain. Orysm to R̄ groin, PPP groin, LER, will cw bedside infant to LER, AAOx3, no hx of diabetes, denies s/p orient to room. —Cloppy

CDC NUMBER, NAME (LAST, FIRST, MI)

W52504
Meadows, Michael
5/25/60

| INSTITUTION | ADDRESS (HOSPITAL/CENTER) | | UNIT/QUAD/ROOM # | SOC. SEC. NUMBER | | SEX |
|---|---|---|---|---|---|---|
| CCWF | CCWF SNF | | # 25 | Dorint Lloyd | | ☐ M  ☒ F |
| MARITAL STATUS | RACE | RELIGIOUS PREFERENCE | KNOWN ALLERGIES/SENSITIVITIES | am Ctr | | |
| ☐ M ☒ S ☐ D ☐ W | | | | | | |

NAME/ADDRESS/TELEPHONE NUMBER OF NEXT OF KIN                                        RELATIONSHIP

| RESPONSIBLE PARTY | | ADMITTING PHYSICIAN | |
|---|---|---|---|
| STATE OF CALIFORNIA | | Ronero | |
| ADMIT DATE  9-3-08 | TIME  0219 | DISCHARGE DATE  9-8-08 | TIME  1520 |

ADMITTING LEVEL OF CARE:
☐ ACUTE      ☐ INFIRMARY      ☒ CORRECTIONAL TREATMENT CNTR      ☐ OTHER (Specify)_____

SERVICE ADMITTED TO:
☐ MEDICAL      ☐ SURGICAL      ☐ PSYCHIATRIC      ☐ OB/GYN      ☒ OTHER (Specify) SHP

ADMITTING DIAGNOSIS  Cellulitis                                        ADMITTED BY

**PROVISIONAL (ADMITTING) DIAGNOSIS:**                                        CODE

Cellulitis                                                                       6829

**PRINCIPAL DIAGNOSIS:**                                        CODE

Cellulitis - ANAvel (Hx of recent Lap. Ventral            6822
Hernia Repair)

**SECONDARY DIAGNOSIS OR COMPLICATIONS:**                                        CODE

∅

**OPERATIVE/NON-OPERATIVE PROCEDURE:**                                        CODE

Had a Lapiroscopic Ventral hernia repair prior to
admission

**CONSULTANT REFERRAL OR NOTES:**

Followed by General Surgery

**DISPOSITION OF PATIENT/CONDITION ON DISCHARGE:**    CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Good    (Cellulitis improved)                    Meadows, Michael
                                                  W52504

| DISCHARGING PHYSICIAN'S SIGNATURE | DATE |
|---|---|
| | 9-8-08 |

**ADMITTING RECORD**

CDC 7201 (1/91)

STATE OF CALIFORNIA
**HISTORY AND PHYSICAL EXAMINATION (Continued)**
CDc ...... (Rev. 8/98)

DEPARTMENT OF CORRECTIONS

## PHYSICAL EXAMINATION

General ~~LAP~~
Skin ~~~~
Head
Eyes ⟩ UNM.
ENT
Mouth
Neck ⟩ & culeeft l
Chest
Heart-BP Km
Lungs Clear
Breast ⊖
Abdomen ⟩ NTTO.
Liver Spleen
Genitourinary⊜
Rectal⊜
Back
Extremities
Blood Vessels
Lymph Glands
Neurological

S/p LAp Hernia repairs
Just above the Navel is an oval-shaped
area of erythema ~ 6x8cm. looks mildly
infected. I drew sized Firm lumen.
there is no discharge
the cellulitis seems to be a superficial.
I don't appreciate a deeper abscess or extn.

Seen at MCH ER yesterday.

## DIAGNOSIS/IMPRESSION

Cellulitis - about the Lagresiogii Nawel area.
# tal
Hx. Chronic low back pain
Hx. Hyperlipidimia

## PLAN OF ACTION

- IV Vancomycin
- She is all ready Scheduled to Follow with surgery this Friday 9-5-08
- Blood cultures x 2 done at MCH - Results Pending's
- c/o Increase pain. (Will review oxycontin)

☐ CTC
☐ GACH
☐ INFIRMARY
☐ SNF

REPORT PREPARED BY (Print or type name and Title)
William Roy, M.D.

SIGNATURE          DATE SIGNED  INSTITUTION
                   9-          PCLIF

# NUTRITIONAL ASSESSMENT

Adm. Date: 9/3/08

Diagnosis: Cellulitis to Peti-umbilical Area
HTN, low back pas Hyperlipidemic BP - 125/76 (9/3)

*% Food Intake: _____ X _____ meals. * <75 % is wt. loss risk (3), *If intake is less than 25% -dehydration risk (9).

Height: 5' 0" inches  Weight: 180.5 lbs  Age: 40 ⊙ Sex: (Female) (check all the following that apply)

Recent wt loss/gain 5 lbs., over □1 □2 □3 □4 □5 ⊠6 month/weeks.  □ Wt. Stable or _____ *Percent change

*Significant Change □ ≥ 5% / mo. □ ≥10% 6 mo. (3).  *□ States desire for planned weight loss (3). Inmates wt. Goal _____ lbs

Diet Order: Regular  *□ Therapeutic diets(3), *□ Renal (6) or *□ Wired Jaw(8)

Consistency: Regular  *□ Mech. Altered(3)  *□ Tube Fed or Receiving IV Fluids (4)

Own teeth Y N  Dentures: ⊠ Uppers □ Lowers  Condition: Good

Reason for modified consistency: □ Chewing Problem  *□ Swallowing Problem (1) □ Mouth Pain (2) _____

UBW 247 lbs 175 □ Nausea □ Vomiting □ Poor Appetite □ Diarrhea □ Constipation

Food Allergies/Intolerances: Plums, squash _____  Feeding Ability: ⊠ Self □ Assist □ Dependent

Adaptive Equipment: N/A

Does resident accept food from all food groups? ⊠ Yes □ No  Explain: N/A

Psych-Social Factors: (Check those which are appropriate)

□ Hearing Impaired / Deaf    □ Poor vision / Blind    □ Language Barrier    □ Aphasia

□ Non-responsive    □ Non-cooperative    □ Withdrawn    □ Confused    □ Combative

*Skin Condition: tattoos a scars  *Pressure Ulcer (7)(9)

Care Plans triggered:  1□ Swallowing Problem  2□ Mouth Pain  3□ Weight Gain/Loss  4□ Tube Feeding/IV

5□ Coumadin/Warfarin 6□ Renal/Dialysis 7□ Pressure Ulcer 8□ Wired Jaw 9□ Dehydration 10□ Special Diet

DSS /RD Signature: ____ iraa DSS  Date: 9/3/08

Food/Drug Interactions: (Circle drug that the resident is taking)

*Coumadin (5)    Insulin    *Lasix (9)    Dilantin    *HCTZ (9)

Prednisone / Steroids  Theophylline    Phenobarbitol    Digoxin

Relevant Rx: Vancomycin, Neurontin, Oxycontin, Almacine, Ducosate Na+
Motrin, Reglan, Omeprazole, Simvastatn, T+b -A-Uit.

Relevant Lab Data: Na+ 132 ↓ (9/2/08)

IBW 100 ± 10% BMI: 35  Adj. Wt. 120  Present Weight: □ Acceptable □ Overweight □ Underweight

| Stress Factors (SF): | | Activity Factor (AF): | |
|---|---|---|---|
| □ Decubitus Stage 1 or 2 | 1.2 | □ Confined to bed | 1.2 |
| □ Minor Surgery | 1.2 | ☑ Wheelchair | 1.25 |
| □ Soft Tissue Trauma | 1.14-1.37 | ☑ Out of bed | 1.3 |
| □ Skeletal Trauma | 1.35 | □ High activity or Needs weight gain | 1.5 |
| □ Decubitus Stage 3 or 4 | 1.5 | | |
| □ Head Injury | 1.5 | | |
| □ Major Sepsis | 1.5 | | |
| □ Severe Burn | 2.1 | | |

| Name (Last, First) | CDCR # | Date of Birth | Room # |
|---|---|---|---|
| MCADOWS MICHAN | W52505 | 5-25-68 | 2.5 |

Revised: July 14 2008

## Estimating Caloric needs (Harris Benedict Formula)

Female: BEE = 655 + [9.6 x __82__ (Wt)] + [1.7 x __152__ (Ht)] - [4.7 x __40__ (Age)] = __1545__ BEE
(BEE) x __1.25-1.3__ (AF) x __1.0__ (SF) = __1932 - 2009__ calories.

Calories provided in diet order: __2200__ Order (adequate) inadequate

### Estimated Protein Needs:

| PF (Protein Factor): | Alb. Level: | Check Stress Factors: | | |
|---|---|---|---|---|
| ☑ Normal (Healthy Adults) = 0.8 | >3.5 gm/dL | ☐ Pressure Sores | ☐ Cancer | ☐ Skeletal Trauma |
| ☐ Mild depletion = 1.0 – 1.2 | 2.8-3.4 gm/dL | ☐ Dehydration | ☐ Burns | ☐ Decreased Albumin |
| ☐ Moderate depletion = 1.2 – 1.5 | 2.1-2.7 gm/dL | ☐ Surgical Wounds | ☐ Draining Wounds | |
| ☐ Severe depletion = 1.5 – 2.0 | <2.1 gm/dL | | | |
| ☐ Normal (Elderly adults) = 0.8 – 1.0 | >3.5 gm/dL | ☐ (Stg 1 or 2 Decubitus)   ☐ (Stg 3 or 4 Decubitus) | | |

__45__ (Kg IBW or less) x __0-8__ (PF) = __36__ gms. Protein

Protein Needs: __36__ Protein provided in order: __80__ Order: (adequate) / inadequate

### Fluid Needs:
Weight in kg __82__ x __30__ cc = __2465__ Fluid in Order: __2500 - Ad-Lib.__ Order: (adequate) inadequate

### Water Requirement Factor:
☑ Normal = 30cc.
☐ Substantial fluid loss, Pressure ulcer stage 3 or 4 = 35cc

☐ Moderate fluid loss, Pressure ulcer stage 1 or 2 = 30cc
☐ May need to decrease fluids with renal disease, CHF or COPD

### Assessment:
☑ Diet as ordered is appropriate for resident's needs at this time.
☐ Present diet order is inadequate for resident's needs. Recommend the following supplementation(s):

Large portions: B  L  D    Extra protein B  L  D    Snacks:  10   2   HS

Resource (+)    Nepro    Other: _____

Supplements will provide _____ calories/ _____ grams Protein

## ADDITIONAL RECOMMENDATIONS:
☐ Change in diet order _____

_____

☐ Multi-vit./mineral supplement _____
☐ Evaluation for adaptive equipment _____
☐ Evaluation for staff assistance for positioning, cutting, placement of food, feeding _____
☐ Evaluation by Social Services _____
☐ Daily weights   ☐ Weekly weights   ☐ Bi-monthly weights _____
☐ Lab Units _____
☐ Swallow evaluations _____    Dental evaluations _____
☐ Review food preference _____
☐ Nursing to evaluate appropriate food texture _____
☐ Evaluation by pharmacist _____
☐ Evaluation by M.D. _____
☐ See dietary progress notes _____
☐ Intake and Output _____

Comments: _____

_____

Date: __9/3/08__    RD Signature: _____ RD

Revised: July 14, 2008