Plaintiff's Name **MICHANN D. MEADOWS**
Inmate No. **W52854**
Address **P.O. BOX 1508 DS16 RM-21**
**CHOWCHILLA, CA. 93610-1508**

FILED
SEP 26 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**MICHANN D MEADOWS**
(Name of Plaintiff)

Case Number: **1:11-CV-00257-GBC (PC)**

vs.

"**FIRST** AMENDED COMPLAINT"

Civil Rights Act, 42 U.S.C. § 1983

**DR. E.E. REEVES**
**CENTRAL CALIFORNIA**
**WOMEN'S FACILITY**
**DR. O. OKEREKE**
**CMO STEVEN HEYNE**

(Names of all Defendants)

1. **Previous Lawsuits** (list all other previous or pending lawsuits on back of this form):

    A. Have you brought any other lawsuits while a prisoner? Yes ___ No **✓**

    RECEIVED
    SEP 26 2011
    CLERK, U.S. DISTRICT COURT
    EASTERN DISTRICT OF CALIFORNIA
    BY _____ DEPUTY CLERK

    B. If your answer to A is yes, how many? **N/A**
    Describe previous or pending lawsuits in the space below.
    (If more than one, use back of paper to continue outlining all lawsuits.)

    1. Parties to previous lawsuit:

    Plaintiff _____

    Defendants _____

    2. Court (if Federal Court, give name of District; if State Court, give name of County)

    _____

    3. Docket Number _____    4. Assigned Judge _____

    5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
    _____

    6. Filing date (approx.) _____    7. Disposition date (approx.) _____

## II. Exhaustion of Administrative Remedies

A. Is there an inmate appeal or administrative remedy process available at your institution?

Yes ✓  No ___

B. Have you filed an appeal or grievance concerning **ALL** of the facts contained in this complaint?

Yes ✓  No ___

If your answer is no, explain why not _____

C. Is the process completed?

Yes ✓  If your answer is yes, briefly explain what happened at each level.
I'VE EXHAUSTED THE INMATE GRIEVANCE PROCEDURE PER PLRA. LEVELS WAS BYPASSED UNTIL 2ND LEVEL WHICH WAS "PARTIALLY GRANTED", I WAS DISSATISFIED AND WENT TO THE 3RD LEVEL WHERE THE CHIEF OF INMATE APPEALS ORDERED A MODIFICATION NOTICE DUE TO AN INCOMPLETE INVESTIGATION REPORT FROM OFFICE OF INTERNAL AFFAIRS. I WAS DENIED COMPENSATORY MONETARY DAMAGES DUE TO IT BEING
No ___ If your answer is no, explain why not. OUT OF THE SCOPE OF APPEALS.

**NOTICE:** Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a). If there is an inmate appeal or administrative remedy process available at your institution, you may not file an action under Section 1983, or any other federal law, until you have first completed (exhausted) the process available at your institution. You are required to complete (exhaust) the inmate appeal or administrative remedy process before filing suit, regardless of the relief offered by the process. Booth v. Churner, 532 U.S. 731, 741 (2001); McKinney v. Carey, 311 F.3d 1198, 1999 (9th Cir. 2002). **Even if you are seeking only money damages and the inmate appeal or administrative remedy process does not provide money, you must exhaust the process before filing suit.** Booth, 532 U.S. at 734.

## III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A. Defendant DR. E. E. REEVES is employed as M.D. PHYSICIAN/SURGEON, GYNECOLOGIST at CENTRAL CALIFORNIA WOMEN'S FACILITY

B. Additional defendants DR. O. OKEREKE M.D. "D" CLINIC (H-2 LINE 2), STEVEN HEYNE M.D. CHEIF MEDICAL OFFICER, CENTRAL CALIFORNIA WOMENS FACILITY AND CALIFORNIA DEPARTMENT OF CORRECTIONS + REHABILITATION

## IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

AS I STATED IN MY INMATE APPEAL, I FEEL I HAVE BEEN SEXUALLY VIOLATED BY THE INNAPPROPRIATE EXAMINATIONS I'VE BEEN SUBJECTED TO BY DR. E.E. REEVES, GYN AT CCWF 1805 PARIS-LAMB MEDICAL CENTER. NOT ONLY DID DR. E.E. REEVES VIOLATE MY BODY IN A ROUGH AND CRUEL MANNER, HE IGNORED MY CRIES TO "STOP + QUIT 'JIGGLING YOUR FINGERS IN AND OUT OF ME." AND WITH A CALLOUS DISREGARD HE SHOWED NOTHING LESS THAN A SADISTIC MALICIOUS STATE OF MIND BY STANDING AND PUSHING HIS FINGERS HARDER INSIDE ME FOR SAYING STOP. HIS LAME EXCUSE WAS "HE NEEDED TO GET AROUND MY UTERUS"; EVIDENCED BY THE FACT THAT HIS REPEATED PENETRATION MADE ME BLEED. LVN MOORE AS THE A FEMININE HYGIENE PAD AND SECRETLY ADVISED ME TO FILE A STAFF COMPLAINT. DR. EE REEVES SHOWED NOTHING BUT AN ATTITUDE OF DELIBERATE INDIFFERENCE WORST THAN INSENSITIVE, UNPROFESSIONAL MEDICAL NEGLIGENCE AS EVIDENCED IN THIS CIVIL ACTION.

## V. Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I AM RESPECTFULLY DEMANDING COMPENSATORY MONETARY DAMAGES IN THE UNLIMITED AMOUNT/JURISDICTION OF THE SUPREME COURTS DUE TO PHYSICAL INJURY, EMOTIONAL AND MENTAL ANGUISH AND PSYCHOLOGICAL DISTRESS. I AM RESPECTFULLY DEMANDING AN INJUNCTIVE ORDER BARRING DR. E.E. REEVES FROM ANY FURTHER EXAMINATIONS UPON MY PERSON; I REQUEST A FEMALE GYNECOLOGIST TO BE BROUGHT IN AND EMPLOYED AT CCWF.

- "SEE ATTACHED SHEETS" -

I declare under penalty of perjury that the foregoing is true and correct.

Date 9/22/11    Signature of Plaintiff [signature]

(revised 2/10/2006)

3

## PARTIES

1. THE PLAINTIFF, MICHANN D. MEADOWS HAS BEEN INCARCERATED AT CCWF SINCE 4/21/94 DURING THE EVENTS DESCRIBED IN THIS COMPLAINT.

2. DEFENDANTS DR. O. OKEREKE + DR. E.E. REEVES ARE MEDICAL DOCTORS EMPLOYED AT CCWF AND ARE SPECIFICALLY RESPONSIBLE TO EACH INDIVIDUAL PRISONER FOR PROVISION OF MEDICAL CARE. THEY ARE SUED IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES.

3. DEFENDANT STEVE HEYNE, MD EMPLOYED AS CHIEF MEDICAL OFFICER AT CCWF, THE MEDICAL ADMINISTRATOR IS RESPONSIBLE FOR ENSURING PROVISION OF MEDICAL CARE TO PRISONERS AND SPECIFICALLY TO ENSURE THE PRISONERS NEEDS SPECIALIZED TREATMENT +/OR EVALUATION. HE IS BEING SUED IN BOTH HIS INDIVIDUAL AND OFFICIAL CAPACITIES.

4. DEFENDANT J. CAVAZOS ET. AL, EMPLOYED AT CCWF AS THE WARDEN AND RESPONSIBLE FOR REVIEWING ALL ADMINISTRATIVE APPEALS AND STAFF COMPLAINTS FILED BY CCWF INMATES. HE IS SUED IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES.

5. DEFENDANT CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION IS A STATE DEPARTMENT AND AS SUCH IS FULLY RESPONSIBLE FOR THE PROPER MEDICAL A FEDERAL CONSTITUTIONALLY PROTECTED CIVIL RIGHT AFFORDED EVERY PERSON AS A BASIC LIFE NECESSITY. THEY ARE SUED IN THEIR OFFICIAL CAPACITY.

6. ALL THE DEFENDANTS HAS ACTED UNDER THE COLOR OF THE LAW

S

## FACTS

7. I am an inmate here at CCWF and under the medical care of Dr. Okereke on D yard, as clinical MD, & Dr. Reeves, gynecologist.

8. I was subjected to a degrading, humiliating and psychologically damaging bodily invasion at the hands of Dr. Reeves, gynecologist, which was so cruel and malicious. It shows nothing but a callous recklessness and willful disregard that shocks the conscience.

9. Not only was my body violated, I was so mishandled that that man's physical force caused me to bleed. (See LVN Moore)

10. I have met nothing but stall tactics and a level of hostility which far exceeds unprofessionalism — it is a corrupt misogynistic conspiracy of concealment. Denial of medical care.

11. All defendants show nothing but deliberate indifference to this sensitive situation that has proven unconscionable and shocking to the senses. It is unlawful violation of my rights per the Eighth Amendment of the United States Constitution against cruel and unusual punishment.

## Relief Requested

Wherefore, the plaintiff requests that the Court grant the following relief:

A. Issue a declaratory judgement stating that:

1. The physical and emotional injury of the plaintiff by the DELIBERATE INDIFFERENCE and medical negligence by defendants Dr. Greeley, Dr. Reeves and Gwen Heine and violates the plaintiff's rights under the Eighth Amendment to the United States Constitution against cruel and unusual punishment.

2. Defendants Cavazos (et al) and CCWF's actions in failing to provide adequate medical care violates and continues to violate the plaintiff's rights under the Eighth Amendment to the United States Constitution.

B. Issue an injunction ordering defendants Ca. Dept. of Corrections + Rehabilitation, warden J. Cavazos or their agents to:

1. Immediately arrange for a female gyne-cologist to be hired to treat these women and their bodies with dignity, respect and sensitivity.

2. Immediately put Dr. Reeves on leave/ suspension/termination so he can

can no longer sexually violate or mistreat another federally protected women under guise of state care.

C. Award compensatory monetary damages as well as punitive damages in the unlimited jurisdiction of the Supreme Court, or $10 million dollars, all defendants both jointly and severally sued + awarded, whichever is greater for the flagrant violation of this plaintiff's civil rights as well as her physical person.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 9/22/11                    Signature of plaintiff:
                                 [signature]
                                 9/22/11