# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHANN MEADOWS,<br><br>    Plaintiff,<br><br>  vs.<br><br>DR. REEVES, et al.,<br><br>    Defendants.<br>_____/ | No. 1:11-cv-0257-SMS (PC)<br><br><br>ORDER APPOINTING<br>LIMITED PURPOSE COUNSEL |

Plaintiff, Michann Meadows, is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

The Court finds that appointment of counsel for Plaintiff for the limited purpose of drafting and filing an amended complaint is warranted. Jenny C. Huang has been selected from the Court's pro bono attorney panel to represent Plaintiff and she has agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. Jenny C. Huang is appointed as limited purpose counsel in the above entitled matter. This appointment is for the limited purpose of drafting and filing an amended complaint which is to be accomplished within sixty (60) days of the date of service of this order.[1]

/ / /

---

[1] An extension of time may be applied for if necessary.

2. Jenny C. Huang's appointment will terminate when Plaintiff's amended complaint is filed.

3. Jenny C. Huang shall notify Sujean Park, at (916) 930-4278, or via email at spark@caed.uscourts.gov, if she has any questions related to the appointment.

4. The Clerk of the Court is directed to serve a copy of this order upon Jenny C. Huang, Justice First LLP, 180 Grand Avenue, Suite 1300, Oakland, California 94612.

IT IS SO ORDERED.

**Dated:   May 30, 2012**                                         **/s/ Sandra M. Snyder**
                                                                               UNITED STATES MAGISTRATE JUDGE