# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHANN MEADOWS, | CASE NO. 1:11-cv-00257-SMS PC |
| Plaintiff, | ORDER REGARDING SERVICE OF THE SECOND AMENDED COMPLAINT |
| v. | |
| DR. REEVES, et al., | RESPONSE DUE IN TWENTY (20) DAYS |
| Defendants. | |

On February 14, 2011, Michann Meadows ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983. (Doc. 1.) On August 5, 2011, the Court issued a screening order, dismissing Plaintiff's complaint, with leave to amend. (Doc. 9.) On September 26, 2011, Plaintiff filed the First Amended Complaint (Doc. 14) which was screened and dismissed for failure to state a claim (Doc. 16). Judgment was subsequently entered. (Doc. 17.)

Upon subsequent review, the First Amended Complaint stated at least one cognizable claim such that the dismissal of the action and judgment entered against Plaintiff was vacated to prevent manifest injustice. (Docs. 14, 18.) Counsel was appointed in this case and an extension of time to file the Second Amended Complaint was requested and granted. (Docs. 19, 23, 26.) The Second Amended Complaint was filed on October 1, 2012. (Doc. 28.)

Accordingly, IT IS ORDERED THAT Plaintiff's counsel shall notify the Court within twenty (20) days whether she intends to have service of the Second Amended Complaint effected on the

named defendants, or whether she wants the Court to order the United States Marshal to effect service.[1]

IT IS SO ORDERED.

**Dated:   October 9, 2012**               /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff is entitled to service by the United States Marshal in light of her in forma pauperis status. 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(3)