IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Michann Meadows

        Plaintiff(s)

vs.

Dr. Reeves, et al.

        Defendants.

No. 1:11-cv-00257 (SMS)

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

### REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Jenny Huang, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on May 31, 2012, by the Honorable Sandra Snyder, United States District Judge/Magistrate. I believe that the following course of action is reasonably necessary to the prosecution of this action:

travel to Central California Women's Facility to interview potential witness against Dr. Reeves

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 160.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 1:11-cv-00257 (SMS)

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this **31st** day of **AUGUST**, 20**12**, at **OAKLAND**, California.

_[signature]_
Attorney for Plaintiff(s)

The above expenditure is ✓ Approved _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, __.M. in Courtroom Number_____.

Dated: **11/26/12**

_[signature]_
United States District Judge/Magistrate
**S. M. SNYDER**