1
2
3
4
5

# UNITED STATES DISTRICT COURT

6

## EASTERN DISTRICT OF CALIFORNIA

7

8   | MICHANN MEADOWS, | Case No. 1:11-cv-00257-SMS |

9   | Plaintiff, | ORDER TO SHOW CAUSE WHY THIS MATTER SHOULD NOT BE DISMISSED |

10   | v. |

11   | DR. REEVES, | (Doc. 46) |

12   | Defendant. | RESPONSE REQUIRED WITHIN THIRTY (30) DAYS. |

13
14
15

Plaintiff Michann Meadows is a state prisoner proceeding *pro se* and *in forma pauperis* in

16   this civil rights action pursuant to 42 U.S.C. § 1983.  On August 12, 1013, the Court authorized

17   service of process and directed Plaintiff to complete and submit to the Court a USM-285 form and

18   summons to permit the U.S. Marshal Service to serve Dr. Ernest Reeves, the only defendant in this

19   action.  After Plaintiff returned the necessary documents on August 19, 2013, the Court entered an

20   order, filed August 21, 2013, directing the U.S. Marshal Service to serve the amended complaint on

21   Defendant Reeves.  On March 5, 2014, the Marshal Service returned the summons unexecuted,

22
23   reporting that it was unable to locate Defendant Reeves.

24   In cases involving a plaintiff proceeding *in forma pauperis*, a United States Marshal, upon

25   order of the Court, shall serve the summons and complaint.  F.R.Civ.P. 4(c)(3).  "[A]n incarcerated

26   pro se plaintiff proceeding in forma pauperis is entitled to rely on the U.S. Marsha for service of the

27   summons and complaint and . . . should not be penalized by having his action dismissed for failure

28

1

to effect service where the U.S. Marshal or the court clerk has failed to perform his duties." *Walker v. Sumner*, 14 F.3d 1415, 1422 (9th Cir. 1994) (*quoting Puett v. Blandford*, 912 F.2d 270, 275 (9th Cir. 1990)), *abrogated on other grounds by Sandin v. Connor*, 515 U.S. 472 (1975).  When the Marshal has failed to effect service, an incarcerated *pro se* plaintiff must demonstrate that he or she has provided sufficient information to permit the marshal to identify the defendant and effectuate service.  *Walker*, 14 F.3d at 1422.  When the *pro se* plaintiff is unable to provide accurate and sufficient information to effectuate service within such time as is specified by the Court, the Court may properly dismiss the complaint against the unserved defendant without prejudice. F.R.Civ.P. 4(m).

Because the Marshal reports that Defendant Reeves cannot be located, Rule 4(m) directs the Court to give Plaintiff an opportunity to show cause why the case should not be dismissed without prejudice for failure to serve Defendant Reeves.  Accordingly, the Court hereby ORDERS:

1. Within thirty (30) days from the date of this order, Plaintiff shall show cause why this case should not be dismissed, without prejudice, for failure to serve Defendant Ernest Reeves.  Plaintiff may do so by providing alternative or supplemental information adequate for the Marshal Service to serve Defendant Reeves.

2. Plaintiff's failure to show cause within thirty (30) days will result in dismissal of this case without prejudice.

3. Plaintiff's failure to respond to this order to show cause within thirty (30) days shall result in dismissal of this case without prejudice.

IT IS SO ORDERED.

Dated:  __March 26, 2014__          _____/s/ Sandra M. Snyder_____
                                   UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28