UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHANN MEADOWS,<br><br>         Plaintiff,<br><br>    v.<br><br>DR. REEVES,<br><br>         Defendant. | 1:11-cv-00257 LJO JLT (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY SCHEDULING ORDER<br><br>(Doc. 72)<br><br>DISPOSITIVE MOTION DEADLINE: MAY 14, 2015 |

Plaintiff is a prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. On May 4, 2015, Defendant filed a motion to modify the scheduling order. Based upon the foregoing, the court **ORDERS:**

   Defendant's motion is granted. The June 24, 2014 Discovery and Scheduling Order is modified to extend the dispositive motion deadline from May 4, 2015 to May 14, 2015. No other dates are affected by this Order.

IT IS SO ORDERED.

   Dated:   **May 7, 2015**                         **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE

1