UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHANN MEADOWS,<br><br>            Plaintiff,<br><br>   v.<br><br>DR. REEVES,<br><br>            Defendant. | No. 1:11-cv-00257-DAD-JLT (PC)<br><br>ORDER SETTING SETTLEMENT CONFERENCE |

        The Court finds a settlement conference in this matter may be helpful.[1] Thus, the Court **ORDERS**[2]:

        1.     The settlement conference is set before Magistrate Judge Erica P. Grosjean on **May 18, 2016**, at 10:00 a.m. at the Robert E. Coyle Federal Courthouse located at 2500 Tulare Street, Fresno, California 93721 in Courtroom #10;

        2.     A representative with authority to negotiate and enter into a binding settlement on the defendant's behalf shall attend in person. Unless otherwise permitted in advance by the Court, **the attorneys who will try the case shall appear** at the Settlement Conference **with the parties** and the person or persons having **full authority** to negotiate and settle the case **on any terms**[3] at

---

[1] "[T]he district court has the authority to order parties, including the federal government, to participate in mandatory settlement conferences… ." United States v. United States District Court for the Northern Mariana Islands, 694 F.3d 1051, 1053, 1057, 1059 (9th Cir. 2012)("the district court has broad authority to compel participation in mandatory settlement conference[s].")

[2] The Court will issue an order and writ of habeas corpus ad testificandum as the date approaches.

[3] Insurance carriers, business organizations, and governmental bodies or agencies whose settlement agreements

the conference.  Consideration of settlement is a serious matter that requires preparation prior to the settlement conference.  Set forth below are the procedures the Court will employ, absent good cause, in conducting the conference.

3. **No later than April 1, 2016**, Plaintiff **SHALL** submit to Defendant, a written itemization of damages and a meaningful[4] settlement demand which includes a brief explanation why such a settlement is appropriate.  Thereafter, **no later than April 22, 2016**, Defendant **SHALL** respond with an acceptance of the offer or with a meaningful counteroffer, which includes a brief explanation of why such a settlement is appropriate.

If settlement is not achieved, each party **SHALL** attach copies of their settlement offers to their Confidential Settlement Conference Statement, as described below.  Copies of these documents shall not be filed on the court docket.

4. **No later than May 6, 2016**, the parties shall submit, directly to Judge Grosjean's chambers, a confidential settlement conference statement.[5]  The statement **should not be filed** with the Clerk of the Court **nor served on any other party**, though the parties may file a Notice of Lodging of Settlement Conference Statement.  Each statement shall be clearly marked "confidential" with the date and time of the Settlement Conference indicated prominently thereon.  The Confidential Settlement Conference Statement shall include the following:

   A.   A brief statement of the facts of the case.
   B.   A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.

---

are subject to approval by legislative bodies, executive committees, boards of directors or the like shall be represented by a person or persons who occupy high executive positions in the party organization and who will be directly involved in the process of approval of any settlement offers or agreements.  To the extent possible the representative shall have the authority, if he or she deems it appropriate, to settle the action on terms consistent with the opposing party's most recent demand.

[4] "Meaningful" means that the offer is reasonably calculated to settle the case on terms acceptable to the offering party.  "Meaningful" does not include an offer which the offering party knows will not be acceptable to the other party

[5] Counsel may lodge the statement via e-mail to by e-mail to EPGorders@caed.uscourts.gov but Plaintiff must mail it.

    C.    A summary of the proceedings to date.

    D.    An estimate of the cost and time to be expended for further discovery, pretrial and trial.

    E.    The relief sought.

    F.    The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers and demands.

IT IS SO ORDERED.

Dated: **March 17, 2016**          **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE