UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHANN MEADOWS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DR. REEVES,<br><br>　　　　　　Defendant. | No. 1:11-cv-00257-DAD-JLT (PC)<br><br>ORDER APPOINTING LIMITED PURPOSE COUNSEL FOR PURPOSES OF SETTLEMENT |

　　　　Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The court finds that the appointment of counsel for plaintiff is warranted for the limited purpose of assisting plaintiff with preparing for and participating in a settlement conference. Jenny C. Huang has been selected from the court's pro bono attorney panel to represent plaintiff and has agreed to be appointed. Accordingly, the Court **ORDERS**:

1. Jenny C. Huang is appointed as limited purpose counsel in the above entitled matter. This appointment is for the limited purpose of assisting Plaintiff with preparing for and participating in a settlement conference. The appointment shall be contingent on plaintiff accepting appointment of counsel in this case. Appointed counsel shall file a written notice with the court if plaintiff declines appointment of counsel.

2. Jenny C. Huang's appointment will terminate fifteen days after completion of the settlement conference, or any continuation of the settlement conference. Prior to the

termination of the appointment, the court will accord counsel the option of discontinuing her representation of Plaintiff, or at her discretion, proceeding as Plaintiff's appointed counsel. If counsel does not wish to continue representation of Plaintiff after she has carried out her limited purpose, the Court will consider appointing new counsel for Plaintiff, if deemed appropriate at that time.

3. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if she has any questions related to the appointment.

4. The Clerk of the Court is directed to serve a copy of this order upon Jenny C. Huang, Justice First LLP, 180 Grand Avenue, Suite 1300, Oakland, California 94612.

IT IS SO ORDERED.

Dated:   **April 18, 2016**                     **/s/ Jennifer L. Thurston**
                                                UNITED STATES MAGISTRATE JUDGE