UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHANN MEADOWS,<br><br>                    Plaintiff,<br><br>        v.<br><br>DR. REEVES,<br><br>                    Defendant. | No. 1:11-cv-00257-DAD-JLT (PC)<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM DIRECTING THE PRODUCTION OF PLAINTIFF FOR SETTLEMENT CONFERENCE ON MAY 18, 2016<br><br>(Doc. 86) |

This matter was set for a settlement conference on May 18, 2016, and the Court issued a writ of habeas corpus ad testificandum commanding the production of Plaintiff to the courthouse on that date.  (Doc. 86.)  The settlement conference is being continued.

Accordingly, Plaintiff Michann Meadows, CDCR# W-52504, is no longer needed by the Court on May 18, 2016, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY VACATED.

IT IS SO ORDERED.

    Dated:   **May 11, 2016**                              **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE