UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHANN MEADOWS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ERNEST REEVES,<br><br>　　　　Defendant. | 1:11-cv-00257-DAD-JLT-PC<br><br>ORDER APPROVING STIPULATION TO CONTINUE SETTLEMENT CONFERENCE (ECF No. 89.)<br><br>**New date for Settlement Conference:**<br>　　June 30, 2016 at 10:00 a.m.<br>　　Before Magistrate Judge Erica P. Grosjean<br>　　Courtroom 10<br><br>**Confidential Settlement Conference Statements due:**<br>　　June 17, 2016 |

　　　　Plaintiff, Michann Meadows, is proceeding with counsel in this civil rights action under 42 U.S.C. § 1983.  On March 17, 2016, the Court issued an order scheduling a Settlement Conference for this case, to be held on May 18, 2016 at 10:00 a.m. before Magistrate Judge Erica P. Grosjean.  (ECF No. 85.)

　　　　On May 6, 2016, the parties filed a stipulation, signed by Plaintiff's counsel and defense counsel, agreeing to continue the Settlement Conference until June 30, 2016 at 10:00 a.m.  (ECF No. 89.)  The parties seek a continuance because Plaintiff's counsel is unable to meet with Plaintiff prior to May 18, 2016, due to delays in processing security clearance application at the Central California Women's Facility.

After consideration of the stipulation, the Court HEREBY ORDERS that:

1. The parties' stipulation to continue the Settlement Conference for this case, filed on May 6, 2016, is approved as set forth and given full effect;

2. The Settlement Conference is continued from May 18, 2016 at 10:00 a.m. to **June 30, 2016 at 10:00 a.m.**, before Magistrate Judge Erica P. Grosjean in Courtroom 10, Sixth Floor, at the Robert E. Coyle Federal Courthouse located at 2500 Tulare Street, Fresno, California 93721;

3. No later than **June 1, 2016**, Plaintiff shall submit to Defendant, a written itemization of damages and a meaningful[1] settlement demand which includes a brief explanation why such a settlement is appropriate.  Thereafter, no later than **June 13, 2016**, Defendant shall respond with an acceptance of the offer or with a meaningful counteroffer, which includes a brief explanation of why such a settlement is appropriate;

3. The parties' confidential settlement conference statements, as discussed in the Court's order dated March 17, 2016, are now due to be submitted to the Court no later than **June 17, 2016**; and

4. All other provisions of the Court's March 17, 2016 order remain in effect.  The parties are directed to review the order for instructions and requirements regarding the settlement proceedings.

IT IS SO ORDERED.

Dated:   **May 17, 2016**              /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE

---

[1] "Meaningful" means that the offer is reasonably calculated to settle the case on terms acceptable to the offering party.  "Meaningful" does not include an offer which the offering party knows will not be acceptable to the other party.