# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHANN MEADOWS,<br><br>        Plaintiff,<br><br>    v.<br><br>DR. REEVES,<br><br>        Defendant. | No. 1:11-cv-00257-DAD-JLT (PC)<br><br>**ORDER AFTER SETTLEMENT CONFERENCE TO FILE JOINT STATUS REPORT**<br><br>**AUGUST 1, 2016 DEADLINE** |

      A settlement conference in this action was held on June 30, 2016, before Magistrate Judge Erica P. Grosjean at 10:00 a.m. at the U. S. District Court, 2500 Tulare Street, Fresno, California 93721 in Courtroom #10.  Though a settlement was not reached, the parties indicated that they wished to continue discussions on their own over the next month.  Accordingly, the Court **ORDERS**:

    1.    The parties shall file a joint status report on or before August 1, 2016;

    2.    If a settlement has not been reached, the parties are to state whether further settlement conference with the Court would be beneficial.  If there is a second settlement conference, it will occur with Magistrate Judge Thurston, unless either party prefers it be conducted by a settlement judge not otherwise assigned to this case; and

    3.    If the parties believe further settlement conference would not be beneficial, they

shall advise of a five dates that are convenient to both sides for a trial scheduling conference to be held.

IT IS SO ORDERED.

Dated:   **June 30, 2016**                                     **/s/ Jennifer L. Thurston**
                                                                           UNITED STATES MAGISTRATE JUDGE