# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHANN MEADOWS,<br><br>           Plaintiff,<br><br>      v.<br><br>DR. REEVES,<br><br>           Defendant. | **No. 1:11-cv-00257-DAD-JLT (PC)**<br><br>**ORDER GRANTING LEAVE FOR FURTHER DISCOVERY AND SETTING TRIAL** |

The Court held a trial setting conference on August 8, 2016 with counsel. After conferring with counsel, the Court **ORDERS**:

1. The trial is set on **March 28, 2017** at 8:30 a.m.;

2. A telephonic trial confirmation hearing is set on **January 6, 2017** at 9:00 a.m. Telephonic appearances are authorized. Counsel SHALL file a status report no later than December 30, 2016 setting forth any impediments to trial as scheduled;

3. The parties may engage in <u>limited</u> additional discovery. The parties may take up to five depositions per side. They may propound limited written discovery not to exceed five requests for document, 10 interrogatories (with no subparts) and 10 requests for admission.

The written discovery SHALL NOT duplicate any propounded earlier by the proponent and SHALL NOT be propounded until after counsel have met and conferred and attempted to avoid formal discovery through informal means.

4.  In the event there are any discovery disputes, counsel SHALL follow the following procedures:

> No written discovery motions shall be filed without the prior approval of the assigned Magistrate Judge. A party with a discovery dispute must first confer with the opposing party in a good faith effort to resolve by agreement the issues in dispute. If that good faith effort is unsuccessful, the moving party promptly shall seek a telephonic hearing with all involved parties and the Magistrate Judge. It shall be the obligation of the moving party to arrange and originate the conference call to the court. To schedule this telephonic hearing, the parties are ordered to contact Courtroom Deputy Clerk, Susan Hall at (661) 326-6620 or via email at SHall@caed.uscourts.gov. Counsel must comply with Local Rule 251 with respect to discovery disputes or the motion will be denied without prejudice and dropped from calendar. In scheduling such motions, the Magistrate Judge may grant applications for an order shortening time pursuant to Local Rule 144(e). However, if counsel does not obtain an order shortening time, the notice of motion must comply with Local Rule 251.

IT IS SO ORDERED.

Dated: **August 8, 2016**                    **/s/ Jennifer L. Thurston**
                                             UNITED STATES MAGISTRATE JUDGE