# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHANN MEADOWS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ERNEST REEVES,<br><br>　　　　　　Defendant. | **Case No.  1:11-cv-00257-DAD-JLT (PC)**<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>**(Doc. 102)** |

　　　On September 1, 2016, the parties submitted a stipulated protective order protecting confidential, proprietary, or private information from public disclosure.  (Doc. 102.)  In accordance with the parties' stipulation, the stipulated protective order is **GRANTED**.

IT IS SO ORDERED.

　　Dated:　**September 6, 2016**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE