# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHANN MEADOWS,<br><br>    Plaintiff,<br><br>    v.<br><br>ERNEST REEVES,<br><br>    Defendant. | **Case No.  1:11-cv-00257-DAD-JLT (PC)**<br><br>**ORDER GRANTING STIPULATION RE PRETRIAL DEADLINES**<br><br>**(Doc. 110)** |

On October 7, 2016, the parties filed a stipulation seeking to continue the deadlines for pretrial statements, including any motions for attendance of incarcerated witnesses and motions for attendance of unincarcerated witnesses who refuse to testify voluntarily, and to set a trial date. (Doc. 119.) In accordance with the parties' stipulation, the Court **ORDERS**:

1. Plaintiff's pretrial statement, including any motions for attendance of incarcerated witnesses and motions for attendance of unincarcerated witnesses who refuse to testify voluntarily, shall be due on December 7, 2016;

2. Defendant's pretrial statement and any opposition to Plaintiff's motion for attendance of witnesses shall be due on January 5, 2017;

3. If any inmate witness is discovered after December 7, 2016, Plaintiff may file a motion for the attendance of incarcerated witnesses no later than January 23, 2017 upon a showing to explain the delayed discovery and Defendant(s)' objections are due February 20, 2017;

4. The pretrial conference is set on January 18, 2017 at 9:30 a.m. Counsel may appear via telephone and, if they choose to do so, they shall make arrangements to initiate a one-line conference call between all parties and then call the Court at 661-321-3833;

5. The trial is set on March 6, 2017 at 8:30 a.m. at the United States District Court located at 510 19th Street, Bakersfield, CA.

IT IS SO ORDERED.

Dated:   **October 7, 2016**              /s/ Jennifer L. Thurston
                                         UNITED STATES MAGISTRATE JUDGE