# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHANN MEADOWS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ERNEST REEVES,<br><br>　　　　　Defendant. | **Case No. 1:11-cv-00257 JLT (PC)**<br><br>**ORDER GRANTING SECOND STIPULATION TO AMEND PRETRIAL DEADLINES**<br><br>**(Doc. 115)** |

On November 15, 2016, the parties filed a stipulation seeking to amend the deadlines for pretrial deadlines. Based upon this stipulation the Court **ORDERS**[1]:

1. Plaintiff's pretrial statement, including any motions for attendance of incarcerated witnesses and motions for attendance of unincarcerated witnesses who refuse to testify voluntarily, shall be due on January 25, 2017;

2. Defendant's pretrial statement and any opposition to Plaintiff's motion for attendance of witnesses shall be due on February 23, 2017;

///
///
///

---

[1] The Court does not set a telephonic trial confirmation hearing. Rather the pretrial conference, set on March 13, 2017, remains on calendar.

3. If any inmate witness is discovered after January 25, 2017, Plaintiff may file a motion for the attendance of incarcerated witnesses no later than March 9, 2017 upon a showing to explain the delayed discovery and Defendant(s)' objections are due April 6, 2017.

IT IS SO ORDERED.

Dated: **November 17, 2016**                    **/s/ Jennifer L. Thurston**
                                                UNITED STATES MAGISTRATE JUDGE