UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHANN MEADOWS,<br><br>        Plaintiff,<br><br>   v.<br><br>DR. REEVES,<br><br>        Defendant. | Case No. 1:11-cv-00257 JLT (PC)<br><br>**ORDER AFTER INFORMAL TELEPHONIC CONFERENCE**<br>**(Doc. 133)**<br><br>**ORDER RE: REQUEST TO SEAL**<br>**(Doc. 131)** |

    On February 14, 2017, the Court conducted an informal conference related to whether the plaintiff will be required to permit discovery of her mental health records. (Doc. 133)  Plaintiff has now verified that she will seek only "garden variety" emotional distress damages.  She will rely upon only her own testimony related to what she experienced and she will not rely upon her mental health records or seek testimony from any mental health professional.  Thus, invasion into the therapist-patient privilege is no longer warranted.

    The Court also discussed with counsel the recently filed request to seal declarations (Doc. 131) related to the plaintiff's motion to amend (Doc. 127).  Rather than sealing these declarations, counsel may redact the declarants' names and CDCR numbers and substitute the monikers of "Declarant 1, " Declarant 2" and so forth.  Thus, counsel will proceed with the redactions according Local Rule 140(b) and may use this procedure as to other similar documents filed in

1  the future.

2

3  IT IS SO ORDERED.

4     Dated:   **February 14, 2017**                    **/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE