UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHANN MEADOWS

     Plaintiff,

  vs.

ERNEST REEVES, M.D., et al.

     Defendants.

Case No.: 1:11-CV-0257 (JLT)

**DECLARATION OF**
DECLARANT 1

I, DECLARANT 1 , declare as follows:

1. I am currently incarcerated at the Central California Women's Facility ("CCWF") in Chowchilla, California and my prison identification number is ███████.

2. I submit this declaration to confirm that I am willing to testify voluntarily as a witness in the trial against Dr. Ernest Reeves and in support of inmate Michann Meadows, without the need for any subpoena. The facts set forth below are based on my own personal knowledge and I could competently testify as to these facts if called as a witness.

3. I was examined by Dr. Reeves 3-4 times from 2011-2012 at the GYN clinic at CCWF.

4. For every routine exam, Dr. Reeves used his hands and fingers to examine me and did not use a speculum.

5. Each time Dr. Reeves examined me, he inserted his large fingers and hands into my vagina and rectum in a rough and aggressive manner. He often told me that he was doing that to check my cervix.

6. In 2001, I was violently raped and sodomized and suffered damage in both my vagina and rectum. Because of this incident, I felt traumatized each time Dr. Reeves examined me.

7. Dr. Reeves told me that I "wasn't like most girls" because he said I "was real

tight". He inappropriately told me that he could "put my whole fist" in some of the girls he saw.

8.    When I complained about the way he did his exams, Dr. Reeves said, "I got big hands and boy, you're going to get used to this".

9.    In November 2011, Dr. Reeves performed a biopsy on me, during which he punctured my lower intestine and caused internal bleeding. I was hemorrhaging for months and suffered acute anemia as a result.

10.    During the biopsy, I complained to Dr. Reeves that he was hurting me. He responded by telling me to shut up and reminded me that I was the patient. Dr. Reeves did not stop what he was doing and instead held my leg down with his arm.

11.    After the biopsy in December 2011, I refused further treatment by Dr. Reeves.

12.    In or around December 2011, I filed a grievance against Dr. Reeves for his poor medical care but did not complain about his sexual assaults on me. At that time, I was more concerned about losing blood and my life than the emotional trauma Dr. Reeves caused me to suffer.

13.    For months after each of the examinations I had by Dr. Reeves, I felt very angry, I shut down and became reclusive, I isolated myself in my cell, and I had difficulty eating.

14.    In or around 2011, I requested to see a female gynecologist but got no response.

//
//
//
//
//
//
//
//
//
//
//
//

I declare under penalty of perjury that the foregoing is true and correct. Executed on January ___, 2017 in Chowchilla, California.

<u>SIGNED BY DECLARANT 1</u>
**DECLARANT 1**