UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHANN MEADOWS

      Plaintiff,

  vs.

ERNEST REEVES, M.D., et al.

      Defendants.

Case No.: 1:11-CV-0257 (JLT)

DECLARATION OF
DECLARANT 2

I, DECLARANT 2 , declare as follows:

1. I am currently incarcerated at the Central California Women's Facility ("CCWF") in Chowchilla, California and my prison identification number is ▓▓▓▓▓▓

2. I submit this declaration to confirm that I am willing to testify voluntarily as a witness in the trial against Dr. Ernest Reeves and in support of inmate Michann Meadows, without the need for any subpoena.

3. I was under the care of Dr. Reeves from 1998 to 1999 when he worked at CCWF in the GYN clinic. During that time period, Dr. Reeves examined me for a total of two times.

4. The first time that Dr. Reeves examined me, in 1998 or 1999, Dr. Reeves was extremely rough with me and made me feel like I was being raped. First, he shoved the speculum inside of me in a very aggressive and rough manner.

5. After taking the speculum out, Dr. Reeves shoved two of his very large fingers in and out of my vagina in a rapid and rough manner, claiming that he was trying to feel for fibroids. When I complained that he was hurting me and pulled away from him on the exam table, Dr. Reeves scooted himself closer to me and shoved his fingers further inside of me.

6. Without any warning, Dr. Reeves then put several of his fingers into my anus, at the same time that he had his other fingers in my vagina. I complained to Dr. Reeves that this was very painful, but he refused to immediately stop.

7.     During my first appointment with Dr. Reeves, I complained that I wanted to be seen by a female gynecologist. Dr. Reeves told me that he was the only gynecologist that I could see. I believed that I had no other choice but to see Dr. Reeves if I wanted gynecological care at CCWF.

8.     Dr. Reeves' behavior during this first exam reminded me of the time that I was raped and sodomized by my son's father before I was incarcerated. Dr. Reeves made me feel traumatized, victimized, and dirty in the same way that my son's father made me feel when he raped me.

9.     My second examination by Dr. Reeves was sometime in 1998 or 1999. During this exam, Dr. Reeves again shoved several of his large fingers in and out of my vagina in a rapid and aggressive manner. It felt like he was finger-banging me and it reminded me of prior sexual abuse that I went through before I was incarcerated.

10.     Again, Dr. Reeves stuck several of his fingers inside my anus, without warning, and while his other fingers were inside of my vagina. Just as before, Dr. Reeves refused to stop immediately when I complained about the pain and he seemed to behave more aggressively after I complained.

11.     After each of my two exams with Dr. Reeves, I felt like I had been raped by him. I was affected for days after my exams with Dr. Reeves and felt violated and dirty because of the way that he treated me.

12.     I did not file a written complaint against Dr. Reeves because I did not think it would make any difference.

//
//
//
//
//
//
//

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 26, 2017 in Chowchilla, California.

1/26/17

**SIGNED BY DECLARANT 2**
**DECLARANT 2**