UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHANN MEADOWS

Plaintiff,

vs.

ERNEST REEVES, M.D., et al.

Defendants.

Case No.: 1:11-CV-0257 (JLT)

DECLARATION OF
DECLARANT 3

I, DECLARANT 3 , declare as follows:

1.    I am currently incarcerated at the Central California Women's Facility ("CCWF") in Chowchilla, California and my prison identification number is ▮▮▮▮▮▮.

2.    I submit this declaration to confirm that I am willing to testify voluntarily as a witness in the trial against Dr. Ernest Reeves and in support of inmate Michann Meadows, without the need for any subpoena.

3.    In or around 1999, I was sent to see Dr. Reeves because I was having abnormal bleeding. During his examination, Dr. Reeves put his fingers inside my vagina in a rough manner. While his fingers were still inside of my vagina, Dr. Reeves stuck the fingers on his other hand inside my anus.

4.    I immediately started to cry because Dr. Reeves' fingers are huge and he caused me a lot of pain. I was also crying because I felt very violated by the way that Dr. Reeves examined me. I left the exam room in tears.

5.    Dr. Reeves' examination made me feel unsafe and as if I had been raped. I had been seen by gynecologists before, but never had anyone be so rough and aggressive with me. Dr. Reeves made feel like I was an object and not a human being.

6.    The incident always haunts me and has remained in the back of my mind, so I regret that I did not report the incident.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 21, 2017 in Chowchilla, California.

SIGNED BY DECLARANT 3
DECLARANT 3