UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHANN MEADOWS

          Plaintiff,

     vs.

ERNEST REEVES,

          Defendant.

Case No.: 1:11-CV-0257-SMS (DAD)(JLT)

DECLARATION OF
DECLARANT 4

I, DECLARANT 4, declare as follows:

1.    I was an inmate at the Central California Women's Facility ("CCWF") from 2000 to 2012. I submit this declaration in support of Michann Meadows' claims against Dr. Ernest Reeves.

2.    In 2012, I was transferred from CCWF to the California Institution for Women, where I am presently incarcerated.

3.    While I was at CCWF, I regularly received gynecological services from Dr. Reeves, who worked as the prison's gynecologist. From around 2000 to 2004 or 2005, I was examined by Dr. Reeves more than ten times.

4.    Many of the times that I saw Dr. Reeves, I did not feel like his examinations were limited to medical care. Dr. Reeves often touched me in a sexual manner that made me feel aroused. He would put several fingers into my vagina and move them around inside my vagina.

5.    Many times, Dr. Reeves also put his fingers inside my anus and moved his fingers around inside my anus.

6.    At least once, I asked Dr. Reeves why he needed to put his fingers inside my anus. Dr. Reeves claimed that he needed to do that in order to better feel my insides.

7.    When I was examined by Dr. Reeves, there was never any other medical staff present in the room. It was always just him and me alone in the examination room.

DECLARATION OF DECLARANT 4
MEADOWS V. REEVES, CASE NO. 1:11-CV-00257(DAD)(JLT)

8.    Sometime between 2000-2005, I refused in writing to receive any gynecological treatment from Dr. Reeves because I believed he was touching me in a sexually inappropriate way during his examinations and I heard other inmates were having similar issues with him. Despite my refusal, I had to continue seeing Dr. Reeves because he was the only gynecologist at CCWF.

9.    I did not file a grievance or complaint against Dr. Reeves because I was embarrassed about the situation and did not want to bring attention to what happened with him.

10.    I am a survivor of sexual abuse and, as a result, I was very traumatized by Dr. Reeves' actions.

11.    Dr. Reeves was known by me and other inmates at CCWF as "sausage fingers" because he had very large fingers. He was also known as "the butt doctor" because he had a reputation for putting his fingers in the anuses of patients, which we thought was very unusual and unnecessary.

12.    This declaration is submitted by me voluntarily and on my own free will. No one has promised me anything in exchange for providing the information contained in this declaration.

13.    Due to the private nature of the information provided in this declaration, I request that this declaration be kept confidential.


I declare under penalty of perjury that the foregoing is true and correct. Executed on June 20, 2016 in Corona, California.


SIGNED BY DECLARANT 4
DECLARANT 4


DECLARATION OF DECLARANT 4
MEADOWS V. REEVES, CASE NO. 1:11-CV-00257(DAD)(JLT)