UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHANN MEADOWS

Plaintiff,

vs.

ERNEST REEVES, M.D., et al.

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 1:11-CV-0257 (JLT)

DECLARATION OF
DECLARANT #5

I, DECLARANT #5 declare as follows:

1.    I am currently incarcerated at the Central California Women's Facility ("CCWF") in Chowchilla, California and my prison identification number is ▮▮▮▮▮▮▮▮.

2.    I submit this declaration to confirm that I am willing to testify voluntarily as a witness in the trial against Dr. Ernest Reeves and in support of inmate Michann Meadows, without the need for a subpoena.  The facts set forth below are based on my own personal knowledge and I could competently testify as to these facts if called as a witness.

3.    Dr. Reeves was my gynecologist at CCWF from approximately 1998 until 2007.

4.    In or around 1998, during one of my first appointments with Dr. Reeves, he unexpectedly he put his finger into my anus while he already had one or two fingers in my vagina, which is also known as a "six-pack". Dr. Reeves told me that he could better feel my uterus this way. I did not think this was appropriate or necessary and it made me feel dirty and violated.

5.    In 2007, I had at least seven appointments with Dr. Reeves, during which he did a vaginal exam on me at every appointment I had with him that year. After each examination by Dr. Reeves, I felt as though I had been molested by him and felt dirty.

6.    Dr. Reeves was very condescending and talked down to me, making me feel verbally abused. Rather than treating me like a patient, I felt like Dr. Reeves treated me like a

farm animal.

7.    In or around February 2007, Dr. Reeves did another "six-pack" on me again during a routine exam. He put one or two fingers in my vagina and then put one finger in my anus. This time he was inside of me for about one minute, which felt like a very long time. Again, I felt like he was taking advantage of me and violating me.

8.    In or around March 2007, Dr. Reeves tried to do a biopsy on me. During the biopsy, Dr. Reeves was very aggressive towards me and caused me so much pain that I screamed out. In response, Dr. Reeves screamed back at me and told me to "Shut up!" Afterwards, I had abnormal bleeding for several days. I had to be sent out of the prison to a specialist to do the biopsy.

9.    After the attempted biopsy by Dr. Reeves, I was a wreck for several days. I took several showers each day, I hid in my bed under my blanket, and felt frozen to the world.

10.    When I was 11 or 12 years old, I was sexually molested with my mother's knowledge. The way that Dr. Reeves examined me reminded me of what my molester did to me when I was young. Although I did not like the way that Dr. Reeves examined me, I froze and did not challenge his actions, just as I was told to do when I was molested.

11.    I did not complain to anyone about Dr. Reeves because I was afraid of retaliation and I learned at a young age that I should not tell on my abusers. I also did not think it would make any difference if I complained about Dr. Reeves.

//

//

//

//

//

//

//

//

//

I declare under penalty of perjury that the foregoing is true and correct. Executed on February ___. 2017 in Chowchilla. California.

<u>**SIGNED BY DECLARANT #5**</u>
**DECLARANT #5**