UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHANN MEADOWS

        Plaintiff,

vs.

ERNEST REEVES, M.D., et al.

        Defendants.

Case No.: 1:11-CV-0257 (JLT)

**DECLARATION OF
DECLARANT #6**

I, **DECLARANT #6** , declare as follows:

1. I am currently incarcerated at the Central California Women's Facility ("CCWF") in Chowchilla, California and my prison identification number is ▮▮▮▮▮▮▮▮ I submit this declaration to confirm that I am willing to testify voluntarily as a witness in the trial against Dr. Ernest Reeves and in support of inmate Michann Meadows, without the need for any subpoena.

2. In or around 1998-2000, I had abnormal results from a pap smear so I was sent to the GYN clinic. I saw Dr. Reeves for a total of two examinations.

3. The first time that I met Dr. Reeves, he told me that we were just going to talk during our appointment. While we were talking, Dr. Reeves said that he wanted to examine me. When I questioned whether he needed to examine me, Dr. Reeves became hostile. I asked him if anyone else was going to be present during the examination. Dr. Reeves responded by saying he was a professional and he ordered me to take my clothes off and get on the table.

4. Before the examination began, I told Dr. Reeves that I was scared to be examined because I had been in custody since I was 20 years old and was not very sexually active before I was incarcerated. I then saw Dr. Reeves open a drawer that had both a smaller and a larger speculum in it. At first, he pulled out the smaller speculum but then he threw it back in the drawer and took out the larger speculum to use instead.

5. During this examination, Dr. Reeves used the large speculum to do a pap smear and then he put his large fingers inside of my vagina and was very rough. Without any warning, Dr. Reeves then inserted a large finger or fingers inside of my butt. I reacted by pulling my feet out

of the stirrups, sitting up, and demanding to know what he was doing. Dr. Reeves responded by yelling at me, talking down at me and demeaning me, and reminding me that I was just an inmate and that he was the doctor. He made me feel like a slap of meat and made me feel dirty.

6. I do not remember any nurse being in the examination room during my first examination with Dr. Reeves.

7. I had another pap smear done by Dr. Reeves about one year later. When Dr. Reeves told me that he wanted to do another pap smear, I told him not to do anything funny. After doing the pap smear, Dr. Reeves put two of his very big fingers inside of me, which felt very painful. When I asked Dr. Reeves to stop, he refused stop and instead used his hands to restrain me on my stomach. I felt like I was trapped and could not get away from him.

8. I do not remember seeing any nurse in the room during this second examination. After the exam, I found the nurse, told her that I did not want to be seen by Dr. Reeves again, and asked to see a female gynecologist instead. The nurse told me that Dr. Reeves did not mean to hurt me and said that he was the only gynecologist that I could see.

9. The next time I received a request to see Dr. Reeves, I completed a refusal form stating that I did not want to see Dr. Reeves again. I refused to go to the GYN clinic again, even though I was having excessive vaginal bleeding, because I did not want to be examined by Dr. Reeves ever again.

10. After both times that I was examined by Dr. Reeves, I felt like trash and felt degraded, and I was very scared. I did not report Dr. Reeves because I did not think anyone would believe me or they would make light of what happened.

11. When I was nine years old, I was raped by a stranger but my mom did not believe me. After a doctor confirmed that I was raped, my mom told me that it was my fault that I was raped.

12. When I was examined by Dr. Reeves, it brought back bad memories of when I was raped as a child, especially when Dr. Reeves held me down and refused to stop hurting me.

13. After my last exam with Dr. Reeves, I refused care at the GYN clinic even though I had been bleeding for months and needed help. In 2013, I had an emergency hysterectomy because it was discovered that I had several masses of fibroids and a tumor. I believe that my hysterectomy could have been avoided if I had not refused treatment by Dr. Reeves.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on February    . 2017 in Chowchilla, California.

<u>**SIGNATURE OF DECLARANT #6**</u>

**DECLARANT #6**