UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHANN MEADOWS

        Plaintiff,

    vs.

ERNEST REEVES, M.D., et al.

        Defendants.

Case No.: 1:11-CV-0257 (JLT)

DECLARATION OF
DECLARANT #7

I, DECLARANT #7 , declare as follows:

1.    I am currently incarcerated at the Central California Women's Facility ("CCWF") in Chowchilla, California and my prison identification number is ███████ .

2.    I submit this declaration to confirm that I am willing to testify voluntarily as a witness in the trial against Dr. Ernest Reeves and in support of inmate Michann Meadows, without the need for any subpoena.

3.    I first saw Dr. Reeves in or around 2002 and again from 2006-2007 at the GYN clinic. I had a total of 5-10 appointments with Dr. Reeves.

4.    The first time I was examined by Dr. Reeves, in or around 2002, I was around 24 years old. After he did a pap smear and pelvic exam, Dr. Reeves stuck his large fingers in my butt. I felt humiliated by this examination and was crying about it after I returned to my cell. Immediately after this exam, I took a shower because Dr. Reeves made me feel dirty. Also, my butt was sore for several days.

5.    I wanted to report Dr. Reeves for this examination but I did not because I was afraid of retaliation.

6.    When I returned to the GYN clinic the next year, I asked to see a female gynecologist instead of Dr. Reeves. I was told by a nurse that Dr. Reeves was the only gynecologist that I could see.

7.    I continued to see Dr. Reeves because I thought that I had no other choice. My examinations with Dr. Reeves were always rough and sometimes made me cry during the exams.

8.    As a child, I was molested by family members and I was also raped on the street. Because of this, the rough examinations by Dr. Reeves were very upsetting to me and reminded me of my past sexual abuse.

9.    Before Dr. Reeves, I had pap smears done by female gynecologists before, without any pain or problem.

10.    I asked to see a female gynecologist at the GYN clinic several times. Each time, I was told that there was no female gynecologist for me to see at the GYN clinic.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

DECLARATION OF DECLARANT #7
*MEADOWS V. REEVES,* CASE NO. 1:11-CV-00257 (JLT)
PAGE 2 OF 3

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 10, 2017 in Chowchilla, California.

**SIGNATURE OF DECLARANT #7**
**DECLARANT #7**