# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHANN MEADOWS,<br><br>            Plaintiff,<br><br>    v.<br><br>Dr. REEVES,<br><br>            Defendant. | 1:11-cv-00257-JLT (PC)<br><br>**ORDER RE: SETTLEMENT CONFERENCE** |

The parties recently notified that they desire further settlement conference. Therefore, this case is scheduled for settlement conference at the U. S. District Court, 510 19th Street, Suite 200, Bakersfield, CA 93301, on March 28, 2017, at 1:30 p.m. At the request of the parties, the settlement conference will be conducted by Magistrate Judge Thurston. [1]

Thus, the Court **ORDERS:**

1. Unless otherwise permitted in advance by the Court, the attorneys who will try the case shall appear at the Settlement Conference with the parties and/or the person or persons having full authority to negotiate and settle the case[2]. Consideration of settlement is a serious matter that requires preparation prior to the settlement

---

[1] Failure of the parties to sign and file the "waiver of Disqualification" form within the time frame ordered, will result in the settlement conference being reassigned to a different judge, if one is available. If a different judge is not available, the settlement conference will be dropped from calendar,

[2] Insurance carriers, business organizations, and governmental bodies or agencies whose settlement agreements are subject to approval by legislative bodies, executive committees, boards of directors or the like shall be represented by a person or persons who occupy high executive positions in the party organization and who will be directly involved in the process of approval of any settlement offers or agreements. To the extent possible the representative shall have the authority, if he or she deems it appropriate, to settle the action on terms consistent with the opposing party's most recent demand.

conference.  Set forth below are the procedures the Court will employ, absent good cause, in conducting the conference:

2. **No later than March 13, 2016**, Plaintiff **SHALL** submit to Defendant, by mail, a written itemization of damages and a meaningful[3] settlement demand, which includes a brief explanation of why such a settlement is appropriate, not to exceed ten pages in length.  Thereafter, **no later than March 17, 2016**, Defendant **SHALL** respond, by telephone or in person, with an acceptance of the offer or with a meaningful counteroffer, which includes a brief explanation of why such a settlement is appropriate.  If settlement is achieved, counsel **SHALL** immediately inform the Courtroom Deputy of Magistrate Judge Thurston.

3. If settlement is not achieved informally, each party is directed to submit confidential settlement statements **no later than March 24, 2017** to jltorders@caed.uscourts.gov. If a party desires to share additional confidential information with the Court, they may do so pursuant to the provisions of Local Rule 270(d) and (e).  Parties are also directed to file a "Notice of Submission of Confidential Settlement Statement."  *See* L.R. 270(d).

4. Settlement statements **should not be filed** with the Clerk of the court and shall be clearly marked "confidential" with the date and time of the settlement conference indicated prominently thereon.

5. The confidential settlement statement shall include the following:
   a. A brief statement of the facts of the case.
   b. A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.

---

[3] "Meaningful" means that the offer is reasonably calculated to settle the case on terms acceptable to the offering party.  "Meaningful" does not include an offer which the offering party knows will not be acceptable to the other party.

    c. A summary of the proceedings to date.

    d. An estimate of the cost and time to be expended for further discovery, pretrial, and trial.

    e. The relief sought.

    f. The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers, and demands.

    g. A brief statement of each party's expectations and goals for the settlement conference.

6. The Clerk of the Court is **DIRECTED** to serve a copy of this order on the litigation office at the Central California Women's Facility ("CCWF") in Chowchilla, California.

IT IS SO ORDERED.

Dated:   **March 7, 2017**                              /s/ Jennifer L. Thurston
                                                         UNITED STATES MAGISTRATE JUDGE