**FILED**

MAR 28 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHANN MEADOWS,<br><br>    Plaintiff,<br><br>v.<br><br>DR. REEVES,<br><br>    Defendant. | Case No.: 1:11-cv-00257-JLT<br><br>NOTICE AND ORDER THAT INMATE MICHANN MEADOWS, CDC #W-52504, IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

The settlement conference in this matter concluded on March 28, 2017. Plaintiff inmate Michann Meadows, CDC #W-52504, is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

DATED: March 28, 2017

JENNIFER L. THURSTON
UNITED STATES MAGISTRATE JUDGE

1