# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHANN MEADOWS,<br><br>         Plaintiff,<br><br>    v.<br><br>DR. REEVES, et al.,<br><br>         Defendants. | Case No.  1:11-cv-00257-JLT (PC)<br><br>ORDER AFTER SETTLEMENT CONFERENCE |

The Court held a settlement conference at which the parties were able to come to an agreement to settle the matter.  (Doc. 162)  Part of the settlement includes an understanding that it may take as much as 180 days from the date the signed payee data form, the settlement agreement and release is provided to the defense.  Thus, the Court **ORDERS**:

1. All pending dates, conference and hearings, including the pretrial conference and trial are **VACATED**;

2. No later than **June 29, 2017**, counsel SHALL file a joint statement setting forth the current status of the completion of the settlement;

///
///
///
///

1

3. No later than **September 29, 2017**, the parties SHALL file a stipulation to dismiss this matter.

IT IS SO ORDERED.

Dated:   **March 29, 2017**                              /s/ Jennifer L. Thurston
                                                                 UNITED STATES MAGISTRATE JUDGE