# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHANN MEADOWS,<br><br>           Plaintiff,<br><br>     v.<br><br>DR. REEVES,<br><br>           Defendant. | 1:11-cv-00257-JLT (PC)<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM DIRECTING THE PRODUCTION OF PLAINTIFF FOR TRIAL ON APRIL 25, 2017 AT 8:30 A.M.<br><br>(Doc. 150) |

The Court held a settlement conference at which the parties were able to come to an agreement to settle the matter. (Doc. 162.) All pending dates, conference and hearings, including the pretrial conference and trial have been vacated. (Doc. 164.)

Accordingly, Plaintiff, Michann Meadows CDC #W-52504, is no longer needed by the Court in these proceedings and the writ of habeas corpus ad testificandum to transport this inmate on April 25, 2017 (Doc 150) is **VACATED**.

IT IS SO ORDERED.

   Dated:   **March 30, 2017**                    **/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE