Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
Mitchell A. Wrosch (SBN 262230)
E-mail: mwrosch@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600  Fax: 213.236.2700

Attorneys for Defendant
E. REEVES, M.D.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHANN MEADOWS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ERNEST REEVES, M.D., et al.,<br><br>　　　　　Defendants. | Case No. 1:11-cv-00257-JLT<br><br>**JOINT STATEMENT REGARDING THE STATUS OF SETTLEMENT** |

TO THE HONORABLE COURT:

Plaintiff M. MEADOWS ("Plaintiff") and Defendant E. REEVES, M.D., ("Defendant"), (hereinafter collectively referred to as the "Parties") submit their Joint Statement Regarding the Status of Settlement, pursuant to the Court's March 29, 2017 Order. (ECF No. 164.)

The settlement agreement has been finalized. The agreement and all other necessary documents have been sent to the CDCR for processing. The parties do not anticipate any delays in processing the settlement within the terms put forth in the agreement.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

SD #4830-8062-0619 v1

1:11-CV-00257- JLT
JOINT STATUS REPORT RE SETTLEMENT

| | |
|---|---|
| Dated: June 29, 2017 | BURKE, WILLIAMS & SORENSEN, LLP |
| | By: /s/ Mitchell A. Wrosch |
| | Susan E. Coleman |
| | Mitchell A. Wrosch |
| | Attorneys for Defendant |
| | E. REEVES, M.D. |
| Date: June 29, 2017 | JUSTICE FIRST |
| | By: */s/ Jenny Huang* |
| | Jenny C. Huang |
| | Attorney for Plaintiff |
| | Michann Meadows |