# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHANN MEADOWS,<br><br>        Plaintiff,<br><br>   v.<br><br>DR. REEVES, et al.,<br><br>        Defendants. | Case No. 1:11-cv-00257-JLT (PC)<br><br>ORDER TO THE PARTIES AND COUNSEL TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR THEIR FAILURE TO COMPLY WITH THE COURT'S ORDERS |

On March 28, 2017, the Court held a settlement conference at which the matter was resolved. (Doc. 162) Consequently, the Court ordered dismissal documents to be filed no later than September 29, 2017. (Doc. 164 at 2) This did not occur. Thus, the Court **ORDERS**:

1. **<u>Within 14 days</u>**, counsel and the parties **SHALL** show cause why sanctions including dismissal of the action and/or the imposition of monetary sanctions, should not be imposed for their failure to comply with the Court's orders. Alternatively, they may file the stipulated request for dismissal within 14 days.

IT IS SO ORDERED.

   Dated: __**October 2, 2017**__                              __**/s/ Jennifer L. Thurston**__
                                                                       UNITED STATES MAGISTRATE JUDGE