# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHANN MEADOWS, | Case No. 1:11-cv-00257-JLT (PC) |
| Plaintiff, | **ORDER DISMISSING ACTION WITH PREJUDICE PER STIPULATION AND DISCHARGING ORDER TO SHOW CAUSE** |
| v. | |
| DR. REEVES, et al., | **(Docs. 167, 168)** |
| Defendants. | |

On October 2, 2017, the parties submitted a fully executed stipulations for voluntary dismissal with prejudice per Federal Rule of Civil Procedure 41(a)(1)(A)(ii) indicating each party shall bear its own litigation costs and attorney's fees. (Doc. 167.) This satisfies the order to show cause which issued that same date. (Doc. 168.)

Accordingly, the order to show cause that issued on October 2, 2017, is **DISCHARGED**; in accordance with the parties' stipulation, this action is **DISMISSED with prejudice**; and the Clerk of the Court is ordered to close the case.

IT IS SO ORDERED.

Dated: __October 4, 2017__ \_\_\_\_\_**/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE